FILED

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2012 DEC -4  PM 5: 33

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
          DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. A-12-CR-210SS |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **SUPERSEDING INDICTMENT** |
| | § | |
| MIGUEL ANGEL TREVINO MORALES (1) | § | [Vio:Ct I: 18 U.S.C. § 1956(h) - |
| aka "40" | § | Conspiracy to Launder Monetary |
| OSCAR OMAR TREVINO-MORALES (2) | § | Instruments] |
| aka "42" | § | |
| JOSE TREVINO-MORALES(3) | § | |
| ZULEMA TREVINO (4) | § | |
| CARLOS MIGUEL NAYEN BORBOLLA(5) | § | |
| aka "Carlito" | § | |
| aka "Pilotos" | § | |
| FRANCISCO ANTONIO COLORADO | § | |
| CESSA(6) | § | |
| aka "Pancho" | § | |
| FERNANDO SOLIS GARCIA(7) | § | |
| aka "Freddy" | § | |
| VICTOR MANUEL LOPEZ(8) | § | |
| SERGIO ROGELIO GUERRERO RINCON(9) | § | |
| aka "El Negro" | § | |
| aka "El Saltillo" | § | |
| ADAN FARIAS(10) | § | |
| EUSEVIO MALDONADO HUITRON(11) | § | |
| aka "Chevo" | § | |
| FELIPE ALEJANDRO QUINTERO(13) | § | |
| RAUL RAMIREZ(14) | § | |
| LUIS GERARDO AGUIRRE (15) | § | |
| ERICK JOVAN LOZANO DIAZ (16) | § | |
| GERARDO GARZA QUINTERO (17) | § | |
| JESUS MALDONADO HUITRON (18) | § | |
| aka "Jesse" | § | |
| ALEXANDRA GARCIA TREVINO (19) | § | |

Defendants.

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At various times material to this indictment:

Defendants, **MIGUEL ANGEL TREVINO MORALES(1), OSCAR OMAR TREVINO MORALES(2), JOSE TREVINO MORALES(3), ZULEMA TREVINO(4), CARLOS MIGUEL NAYEN BORBOLLA(5), FRANCISCO ANTONIO COLORADO CESSA(6), FERNANDO SOLIS GARCIA(7), VICTOR MANUEL LOPEZ(8), SERGIO ROGELIO GUERRERO RINCON(9), ADAN FARIAS(10), EUSEVIO MALDONADO HUITRON(11), FELIPE ALEJANDRO QUINTERO(13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE(15), ERICK JOVAN LOZANO DIAZ(16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), ALEXANDRA GARCIA TREVINO (19),** and others, were members of a money laundering conspiracy using proceeds derived from the sale of cocaine, marijuana and other illegal narcotics by an organization known as LOS ZETAS.

LOS ZETAS Drug Cartel is a powerful drug organization operating out of Mexico which funnels thousands of kilos of cocaine and other narcotics into the United States each year.  LOS ZETAS are the largest drug cartel in Mexico in geographical presence and control 11 states within Mexico.  The organization is based in the city of Nuevo Laredo, Tamaulipas, directly across the border from Laredo, Texas.  The huge-scale drug trafficking of this organization generates multi-million dollar revenues.  LOS ZETAS funnels drug proceeds from Miguel Angel Trevino Morales, a.k.a. "40," (hereafter referred to either by first and last name or just"40") and his

2

brother Oscar Omar Trevino Morales, a.k.a. "42," (hereafter referred to either by first and last name or just "42") into the United States. "40," and "42" are the two co-leaders of LOS ZETAS. The numbers associated with some ZETA leaders' names were first assigned at the inception of LOS ZETAS as a carry over from their military call signs.  The numbers generally show members' rank within the criminal organization (the "3," therefore, would demonstrate third in rank in the overall organization when LOS ZETAS was first organized).  In the last several years, however, killings and captures have eliminated those previously designated as higher ranking members, and "40" and "42" have now assumed top leader status.

"40" and his brother "42" utilize another brother living within the United States, JOSE TREVINO MORALES, as well as other contacts to help launder their drug money through the purchase of American Quarter Horses. The ownership of the horses and the source of the funds to purchase the horses are placed in various nominee names to disguise "40's" and "42's" connection to these assets.  Nominees are real or fictitious persons or entities that are used instead of the real and true owner.  This helps legitimize the appearance of their drug money since horse racing is a legal activity and also provides "40," "42," and those working with them free standing assets that can later be sold or "cashed in."  It also generates legitimate looking income during the intervening time period.  The money laundering  network of this conspiracy reached from the United States/Mexico border to numerous locations in and near Austin, Texas, and elsewhere.

Telephones were utilized extensively by members of the conspiracy in order for co-conspirators to coordinate aspects of their money laundering.  Co-conspirators would attend quarter horse auctions to purchase racing quarter horses. Via electronic and wire communications, members of the conspiracy would coordinate the purchase of various racing quarter horses and the

payment of boarding, breeding and racing fees using the proceeds derived from the sale of illegal narcotics.

## OBJECTIVE OF THE CONSPIRACY

It was the object of the conspiracy to launder U.S. currency gained from the sale of illegal controlled substances by LOS ZETAS to purchase, breed, train and race quarter horses in the United States and Mexico.

## MANNER AND MEANS

For all periods of time relevant to the charges contained in this Indictment, the defendants and other co-conspirators, both known and unknown to the Grand Jury, used the following manner and means to accomplish the goals of the conspiracy:

A. The defendants were members or associates of a transnational drug trafficking organization or cartel based in Mexico known as "LOS ZETAS."

B. Under the direction of **MIGUEL and OSCAR TREVINO MORALES**, Los Zetas controlled hundreds of miles of Mexican territory along the border of Mexico and the United States, which they used to conduct their drug trafficking and money laundering operations.

C. Los Zetas divided their territory into areas known as "plazas" along the Mexico-United States border and assigned each plaza region a leader known as a "plaza boss."

D. Los Zetas would direct the transportation of cocaine, marijuana and other controlled substances shipments via boats, planes, and automobiles from Colombia and Venezuela via Central America to various cities and "plazas" in Mexico.

E. "Plaza bosses" would then transport shipments of cocaine, marijuana as well as other illegal narcotics via motor vehicles and other means from Mexico to cities in Texas for

4

distribution within Texas and to other cities within the United States.

F. Proceeds from the sale of illegal narcotics in the United States would be transported from the United States to Mexico via bulk cash shipments. These cash shipments would be delivered to the "plaza bosses" for counting and distribution to promote the continuing distribution of illegal narcotics and to launder illegal proceeds through various activities. Included amongst these activities were investments in racing quarter horses purchased via bulk currency payments, wire transfers, checks from businesses established by the organization, structured deposits and bulk currency deposits. The Quarter Horse is an American breed of race horse that is bred to sprint short distances ranging from 220 to 870 yards. Quarter horses are raced primarily in the Southwest United States and California.

G. **MIGUEL and OSCAR TREVINO MORALES** would direct portions of the bulk cash derived from the sale of illegal narcotics to their brother, **JOSE TREVINO MORALES** and others, for the purchase, training, breeding and racing of quarter horses in the United States.

H. The defendants and other members of Los Zetas utilized Nextel "push-to-talk" telephones, Blackberry and UHF/VHF radio communications to coordinate their money laundering activities through the horse racing industry and to evade law enforcement surveillance.

I. The defendants, along with other members of Los Zetas, organized, directed, and carried out various acts of violence against Mexican law enforcement officers and rival drug traffickers to retaliate against and to intimidate any individual or individuals who interfered with or who were perceived to potentially interfere with the narcotics trafficking or money laundering activities of Los Zetas to include the laundering of proceeds via the American Quarter Horse racing industry.

J. The individual roles performed within Los Zetas organization by each

of the defendants were as follows:

1. ***MIGUEL ANGEL TREVINO MORALES***, *a.k.a. "40," a.k.a. "Zeta 40," a.k.a. "Cuarenta."* **MIGUEL TREVINO** is the ranking member of Los Zetas and is recognized as the leader of Los Zetas. **MIGUEL TREVINO** was actively involved in managing the activities of Los Zetas Drug Cartel in Mexico, including the coordination of cocaine and marijuana shipments from South America via Central America into the United States, as well as the receipt of bulk currency shipments into Mexico from the United States. He was actively involved in the management of the quarter horse activities, including directing funds to pay for the purchase, breeding, training and racing of the quarter horses.

2. ***OSCAR OMAR TREVINO MORALES,*** *a.k.a. "42," a.k.a. "Cuarenta dos,"* **OSCAR TREVINO** has a leadership role and oversees Los Zetas activities in Mexico. **OSCAR TREVINO** was actively involved in managing the activities of Los Zetas Drug Cartel in Mexico, including the coordination of cocaine and marijuana shipments into the United States, as well as the receipt of bulk currency shipments into Mexico from the United States. He was actively involved in the management of the quarter horse activities, including directing funds to pay for the purchase, breeding, training and racing of the quarter horses.

3. ***JOSE TREVINO MORALES.*** **JOSE TREVINO MORALES** is the brother of **MIGUEL and OSCAR TREVINO MORALES** and was actively involved in managing the activities of money laundering operation in the United States posing as a "legitimate" quarter horse owner. His activities included the coordination of purchasing, training and racing quarter horses using bulk currency, wire transfers, checks from businesses established by the organization, bulk currency deposits, and structured payments from Mexico into the United States.

6

**JOSE TREVINO** and his wife Defendant, **ZULEMA TREVINO** created TREMOR ENTERPRISES, LLC, 66 LAND, LLC, and ZULE FARMS, LLC, which are business entities for the purpose of promoting the money laundering activities.

4. *ZULEMA TREVINO.* **ZULEMA TREVINO** is the spouse of **JOSE TREVINO.** **ZULEMA TREVINO** is listed as an officer of TREMOR ENTERPRISES, LLC., 66 LAND, LLC., and ZULE FARMS, LLC., which are front companies for Los Zetas' money laundering activities used to conceal and disguise the ownership of quarter horses. **ZULEMA TREVINO** was responsible for the financial accounts of the various entities controlled by her and Defendant **JOSE TREVINO MORALES** and management of the organization's operations in Lexington, Oklahoma.

5. *CARLOS MIGUEL NAYEN BORBOLLA,* a.k.a. *"Carlito;"* a.k.a., *"Pilotos."* **NAYEN** was actively involved in managing the activities of money laundering operations in the United States, including the coordination of purchasing, training and racing quarter horses using bulk currency, wire transfers, checks from businesses established by the organization, bulk currency deposits, and structured payments from Mexico into the United States. **NAYEN** was responsible for arranging the various payments to various trainers and boarding facilities for the organization's horses. **NAYEN** is listed as an officer of CARMINA, LLC., a business entity, which is a front company for Los Zetas' money laundering activities used to conceal and disguise the ownership of quarter horses.

6. *FRANCISCO ANTONIO COLORADO CESSA,* a.k.a. *"Pancho."* **CESSA** was a Mexican business man operating as a straw purchaser for **MIGUEL and OSCAR TREVINO MORALES. CESSA** would act as a straw purchaser for various horses. He would make

payments via personal check, checks from businesses established by the organization and wire transfers for the purchase and also the boarding and training of quarter-horses. **CESSA** controls ADT PETROSERVICIOS, a business entity, which is a front company for Los Zetas' money laundering activities used to conceal and disguise the ownership of quarter horses.

7. ***FERNANDO SOLIS GARCIA****, a.k.a. "Freddy," a.k.a. "Fer."* **GARCIA** was actively involved in the activities of money laundering operations in the United States. **GARCIA** would work with Defendants **JOSE TREVINO** and **NAYEN** in purchasing, training and racing quarter-horses using various straw purchasers and placing quarter horses in various entities for the organization to disguise their true ownership. **GARCIA** is listed as an officer of GARCIA BLOODSTOCK, LLC., and has control of BONANZA RACING, LLC., which are front companies for Los Zetas' money laundering activities used to conceal and disguise the ownership of quarter horses.

8. ***VICTOR MANUEL LOPEZ****.*  **LOPEZ** was actively involved in the activities of money laundering operations in the United States.  **LOPEZ** worked under the direction of Defendant **NAYEN** and was responsible for making payments for the care and upkeep of quarter-horses via cash payments, wire transfers and personal checks using bulk currency, bulk currency deposits, and structured payments from Mexico into the United States.

9. ***SERGIO ROGELIO GUERRERO RINCON****, a.k.a. "El Negro," a.k.a. "El Saltillo."* **RINCON** was actively involved in the activities of money laundering operations in the United States. **RINCON** would work with Defendant **JOSE TREVINO** in making payments for the care and upkeep of quarter horses via cash payments using bulk currency, bulk currency deposits, and structured payments from Mexico into the United States.

10. *EUSEVIO MALDONADO HUITRON, a.k.a. "Chevo."* **EUSEVIO HUITRON** worked as a race trainer for the quarter horses under the control of this organization and advised Defendant **JOSE TREVINO** and other members and associates of Los Zetas on quarter horse purchases, training and racing. **EUSEVIO HUITRON** and his brother **JESUS HUITRON** utilized HUITRON HOMES/HUITRON PAINTING, both business entities, to launder funds for the organization.

11. *FELIPE ALEJANDRO QUINTERO.* **QUINTERO** worked as a race trainer for the quarter horses under the control of this organization in California. **QUINTERO** met with Defendants **JOSE TREVINO** and **NAYEN** to discuss the training of quarter horses and the method of payment to conceal the activities of Los Zetas.  He advised members and associates of Los Zetas on quarter horse purchases, training and racing.

12. *ADAN FARIAS.* **FARIAS** worked as a race trainer for the quarter horses under the control of this organization and advised members and associates of Los Zetas on quarter horse purchases, training and racing. **FARIAS** met with Defendant **MIGUEL TREVINO** and others to discuss the laundering of drug proceeds via the quarter horse racing industry.

13. *RAUL RAMIREZ.* **RAMIREZ** was actively involved in the activities of the money laundering operation in the United States.  **RAMIREZ** would bid for horses on behalf of the organization at auction to aid in disguising the true ownership of the horses.

14. *LUIS GERARDO AGUIRRE.* **AGUIRRE** operated as a straw-purchaser for Los Zetas organization in which he would purchase quarter horses in his name which would be transferred at a later date to Defendant **JOSE TREVINO MORALES** for little or no money.

15. *ERICK JOVAN LOZANO DIAZ.* **DIAZ** was involved in making payments for the

9

organization. DIAZ provided approximately $700,000 in bulk U.S. Currency and wire transfers to Defendant Gerardo Garza QUINTERO to funnel funds to TREMOR ENTERPRISES, LLC for the purchase of quarter horses.

16. *GERARDO GARZA QUINTERO.* **QUINTERO** was involved in providing funding for the organization. He would collect bulk U.S. currency and wire transfers from Los Zetas in Mexico and then used these funds for the "purchase" of quarter horses that were never actually transferred as a manner for JOSE TREVINO MORALES to obtain funding.

17. *JESUS MALDONADO HUITRON.* **JESUS HUITRON** worked as a race trainer for the quarter horses under the control of this organization. **JESUS HUITRON** and his brother, **EUSEVIO HUITRON** utilized HUITRON HOMES/HUITRON PAINTING, both business entities, to launder funds for the organization.

18. *ALEXANDRA GARCIA TREVINO.* **ALEXANDRA TREVINO** is the daughter of **JOSE TREVINO MORALES** and **ZULEMA TREVINO**. **ALEXANDRA TREVINO** took an active role in the management of the quarter horse operation with her parents.


## COUNT I
### 18 U.S.C. §1956(h)
### Conspiracy to Launder Monetary Instruments

Beginning in or about 2008, and continuing until on or about the date of this Indictment, in the Western District of Texas and elsewhere, the Defendants,

**MIGUEL ANGEL TREVINO MORALES(1)**
**aka "40"**
**OSCAR OMAR TREVINO MORALES(2)**
**aka "42"**
**JOSE TREVINO MORALES(3)**

**ZULEMA TREVINO(4)**
**CARLOS MIGUEL NAYEN BORBOLLA(5)**
**aka "Carlito, aka, Pilotos"**
**FRANCISCO ANTONIO COLORADO CESSA(6)**
**FERNANDO SOLIS GARCIA(7)**
**aka "Freddy", aka "Fer"**
**VICTOR MANUEL LOPEZ(8)**
**SERGIO ROGELIO GUERRERO RINCON(9)**
**aka "El Negro" aka "El Saltillo"**
**ADAN FARIAS(10)**
**EUSEVIO MALDONADO HUITRON(11)**
**aka "Chevo"**
**FELIPE ALEJANDRO QUINTERO(13)**
**RAUL RAMIREZ(14)**
**LUIS GERARDO AGUIRRE (15)**
**ERICK JOVAN LOZANO-DIAZ (16)**
**GERARDO GARZA QUINTERO (17)**
**JESUS MALDONADO HUITRON (18)**
**aka "Jesse"**
**ALEXANDRA GARCIA TREVINO (19)**

together and with others known and unknown to the Grand Jury, did unlawfully, willfully, and

knowingly combine, conspire, confederate and agree among themselves and each other to commit

certain offenses against the United States as follows:

(a) knowing that the property involved in a financial transaction represented the proceeds

of some form of unlawful activity, (1) did conduct and attempt to conduct such a financial

transaction which involved the proceeds of specified unlawful activity, that is, conspiracy to

distribute controlled substances and extortion and bribery in sporting contests, (2) knowing that

the transaction was designed in whole or in part to conceal and disguise the nature, the location,

the source, the ownership and the control of the proceeds of specified unlawful activity, and to

avoid a transaction reporting requirement under federal law, in violation of 18 U.S.C. §

1956(a)(1)(B); and,

11

(b) knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, did transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to or through a place outside the United States and to a place in the United States from or through a place outside the United States knowing that such transportation was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, that is, conspiracy to distribute narcotics controlled substances and extortion and bribery in sporting contests, and to avoid a transaction reporting requirement under federal law, in violation of 18 U.S.C. § 1956(a)(2)(B);

All in violation of Title 18, United States Code, Section 1956(h).


## OVERT ACTS

In furtherance of the conspiracy and in order to effect the object thereof, the Defendants and their co-conspirators, known and unknown to the Grand Jury, committed and caused to be committed one or more of the following overt acts, among others, in the Western District of Texas and elsewhere:

OA1.   On or about December 14, 2008, Ramiro Villareal purchased a quarter horse named TEMPTING DASH for $21,500. On October 24, 2009 TEMPTING DASH won the Dash for Cash at Lone Star Park race track in Grand Prairie, Texas, listing Ramiro Villareal as the owner. On November 14, 2009, the American Quarter Horse Association received paperwork transferring the registration on TEMPTING DASH from Villareal to Defendant JOSE TREVINO. TREVINO put the date of September 29, 2009 as the date of transfer, thus back-dating the

transfer.

OA2. On or about September 4, 2009, Defendant FRANCISCO COLORADO CESSA with the assistance of others purchased thirteen (13) horses at Ruidoso 2009 Yearling Auction for a total of $546,500. Payment for these horses was made in part with a $516,500 check drawn on the American Express Bank International account of FRANCISCO A. COLORADO C. This purchase included quarter horses MORNING CARTEL and FEATURE HONOR which were subsequently transferred to Defendant JOSE TREVINO and his entities TREMOR ENTERPRISES, LLC., and 66 LAND, LLC.

OA3.  Defendant JOSE TREVINO transferred $435,000 gained from the winnings of quarter horse TEMPTING DASH, from his Bank of America account 4881 1761 5000 to his TREMOR ENTERPRISES, LLC., account 4880 2680 1054 on December 21, 2009. On December 22, 2009 JOSE TREVINO wrote two (2) checks to himself in the amount of $100,000 and $57,793 from TREMOR ENTERPRISES, LLC., account and deposited the checks into his personal account. One week later JOSE TREVINO wrote two (2) checks from his personal account and put $157,793 back into the TREMOR ENTERPRISES, LLC., account thus creating the appearance of personal income.

OA4.   On or about January 14, 2010 at the Heritage Place Winter Mixed auction, Defendant JOSE TREVINO directed the purchase of a quarter-horse named DASHIN FOLLIES for approximately $875,000 and a quarter horse named CORONA CORONITA CARTEL for approximately $250,000 in a nominee name.  A $100,000 cash payment was made in the name of Defendant LUIS GERARDO AGUIRRE as part of the purchase price.  GRUPO ADUANERO INTEGRAL AGENCIA ADU, a Mexican business entity controlled by Alejandro Barradas, made

a number of wire transfers in excess of $900,000.  In December 2010, ownership of these two horses was transferred into the name of Defendant LUIS GERARDO AGUIRRE. Payment for the care, boarding and feeding of these two horses was arranged for by Defendants CARLOS NAYEN and VICTOR LOPEZ. In January 29, 2012, these two horses were transferred to 66 LAND, LLC, an entity under the control of Defendants JOSE TREVINO and ZULEMA TREVINO and moved to Lexington, Oklahoma.

OA5.   Defendant FELIPE QUINTERO trained quarter horses on behalf of the organization. On February 12, 2010, Defendant FELIPE QUINTERO opened up BANK OF AMERICA ACCOUNTs #08900-76710 and # 08906-75022 in the name of FELIPE A QUINTERO. On September 22, 2010, FELIPE QUINTERO received a $90,000 wire transfer from ADT PETROSERVICIOS, a business entity controlled by Defendant FRANCISCO COLORADO CESSA and used by LOS ZETAS.  Defendant VICTOR LOPEZ, made currency deposits of $5,000 on October 5, 2010, $4,000 on October 6, 2010 and $3,000 on October 7, 2010 that were structured into QUINTERO's account. Another $9,900 in currency was deposited into the account on October 18, 2010.

OA6.   In or about June 2010, Defendant ZULEMA TREVINO, acting on behalf of TREMOR ENTERPRISES, LLC., in which she is listed as a 25% owner, made payments for the boarding, upkeep and breeding of the organization's quarter horses.

OA7. On or about June 25, 2010, Defendant ADAN FARIAS opened a Bank of America business checking account # 07349-69234 for LA HORSES, INC.,  The following were among the structured deposits made to this account in 2010 from Laredo, Texas:

| | |
|---|---|
| 10/21 | $8,000 |
| 10/21 | $8,000 |
| | |
| 10/22 | $5,500 |
| 10/22 | $8,000 |
| | |
| 10/29 | $9,900 |
| 11/01 | $6,300 |
| 11/01 | $8,000 |
| 11/02 | $1,650 |
| | |
| 11/17 | $6,000 |
| 11/17 | $9,000 |
| 11/18 | $9,000 |
| | |
| 12/20 | $5,900 |
| 12/20 | $9,900 |

OA8. On or about September 3–5, 2010, Defendants JOSE TREVINO, CARLOS NAYEN, SERGIO RINCON, RAUL RAMIREZ and others attended the Ruidoso Horse Sales Company Yearling Sales in Ruidoso, New Mexico. RAUL RAMIREZ bid on quarter horses on behalf of NAYEN and TREVINO.  Members of the organization purchased 23 horses for $2,240,700. After the auction, Defendant FRANCISCO COLORADO CESSA was listed on the auction paperwork as the owner and provided a check in the amount of $2,240,700 to pay for the horses. This purchase included Quarter Horse "Fly First Down" which was purchased for $300,000.

OA9. On or about October 2-3, 2010, at the Los Alamitos Equine Sales in Los Alamitos, California, Defendant FELIPE QUINTERO and others purchased five (5) horses in the name of GRUPO ADUANERO INTEGRAL AGENCIA ADU, a Mexican business entity for approximately $442,000. Wire transfers from GRUPO ADUANERO INTEGRAL AGENCIA ADU were used to pay for the horses. FELIPE QUINTERO acted as the purchasing agent for

GRUPO ADUANERO INTERGRAL AGENCIA ADU.

OA10. On or about January 13-15, 2011, TREMOR ENTERPRISES, LLC., under the ownership and control of Defendant JOSE TREVINO, placed a quarter-horse named "BLUES FERRARI" for auction at the Heritage Place Winter Mixed Auction in Oklahoma City, Oklahoma. This horse was sold for $310,000 to a nominee, in order to provide the appearance of legitimate income for JOSE TREVINO.

OA11. On or about January 13-15, 2011, at the Heritage Place Mixed Winter Sale in Oklahoma City, Oklahoma, members of the organization to include Defendants, JOSE TREVINO, CARLOS NAYEN, and LUIS GERARDO AGUIRRE purchased twelve (12) quarter horses for approximately $546,200 in various nominee names. Defendant AGUIRRE also purchased an embryo for approximately $30,000. All the purchases were paid for by GRUPO ADUANERO INTERGRAL AGENCIA ADU, a Mexican business entity controlled by Alejandro Barradas.

OA12. On or about May 20, 2011, Defendants EUSEVIO HUITRON and JESUS HUITRON, d.b.a. Huitron Homes, received two (2) cash deposits from VICTOR LOPEZ totaling approximately, $19,800 into their Wells Fargo account # 4231 79 6769. Each deposit was $9,900 and was deposited into the Wells Fargo Bank in Laredo, TX., which payments were made for the boarding and training of the organization's quarter horses.

OA13. On or about June 7, 2011, ZULEMA TREVINO wrote check #1301in the amount of $400,000 to FRANCISCO ANTONIO COLORADO CESSA, with the notation in the memo section stating "Purchase of Fly First Down." This check was never negotiated.  The ownership of quarter horse FLY FIRST DOWN was changed from CESSA to TREMOR ENTERPRISES, LLC.

after winning a qualifying race on May 27, 2011, with no actual funds being exchanged to provide

the organization the appearance of legitimate proceeds through the purchase of a valuable quarter

horse.

OA14. On or about July 6, 2011, Defendants EUSEVIO HUITRON and JESUS

HUITRON, d.b.a. Huitron Homes, received two (2) cash deposits totaling approximately, $19,800

into their Wells Fargo account # 4231 79 6769. Each deposit was $9,900 and was deposited into

the Wells Fargo Bank in Laredo, TX., which payments were made for the boarding and training of

the organization's quarter horses.

OA15. On November 5, 2011 at the Heritage Place Fall Mixed Sale in Oklahoma City,

Oklahoma, Defendants FERNANDO GARCIA and CARLOS NAYEN assisted the organization

in purchasing eight (8) horses for a total of approximately $211,500. GARCIA acted as the surety

for the purchase of the horses. During the same sale, Defendant JOSE TREVINO brought four (4)

horses to be sold at auction. GARCIA also acted as the surety for the purchasers of these horses.

JOSE TREVINO sold BLUES GIRL CHOICE for approximately $102,000; DEVIL RIDGE for

approximately $100,000; NUMBER ONE CARTEL for approximately $280,000; and, FORTY

FORCE for approximately $40,000.  The price paid for NUMBER ONE CARTEL was greater

than market value and was sold to members of his own organization in order to provide the

appearance of a legitimate sale. All payment arrangements for all horses were made by NAYEN.

OA16. ZULEMA TREVINO and her husband, Defendant JOSE TREVINO controlled 66

LAND, LLC., and ZULE FARMS, both business entities registered in the state of Oklahoma. In

or about November 2011, Defendant ZULEMA TREVINO, acting on behalf of 66 LAND, LLC.,

made a number of payments for the boarding and upkeep of the organization's quarter horses

located in Lexington, Oklahoma

OA17. On or about December 12, 2011, Defendant VICTOR LOPEZ made three (3) cash deposits totaling approximately $65,580 into various accounts to include $20,800 into the account of Defendants EUSEVIO HUITRON and JESUS HUITRON d.b.a. Huitron Homes and Huitron Painting.

OA18. On or about January 19-21, 2012, at the Heritage Place Winter Mixed Sale held in Oklahoma City, Oklahoma, Defendant FERNANDO GARCIA assisted in the purchase of five (5) horses and two (2) foals in utero. The horses were placed in the names of various nominees as the purchasers. The total cost was $280,400. ADT PETROSERVICIOS, a company owned by Defendant FRANCISCO COLORADO CESSA, wired $228,700 on February 15, 2012, to cover part of the purchase price for these horses.

OA19. Beginning on February 28, 2012 until March 2, 2012, Defendant FERNANDO GARCIA directed eight (8) cash payments totaling $51,700, none of which were more than $10,000, to Heritage Place Auction House to pay the remaining balance owed for the purchase of various quarter horses at the Heritage Place 2012 Mixed Sale Auction as alleged in OA18.

OA20. On or about March 2, 2012, GERARDO GARZA QUINTERO, opened JP Morgan Chase bank account #000000448606298. Approximately $250,000 in U.S. Currency was deposited into this account from March 2, 2012 to March 5, 2012, along with a $18,000 check from Integra Logistica Aduanera, a front company owned and controlled by Defendant ERICK JOVAN LOZANO DIAZ.  On March 3, 2012, GERARDO GARZA QUINTERO wrote check #000000001, in the amount of $300,000 payable to TREMOR ENTERPRISES, LLC with the notation in the memo section of the check stating, "Purchase of Feature Honor." This check

cleared the bank on March 5, 2012.

OA21. From on or about March 26, 2012 to on or about April 4, 2012, approximately $400,000 was deposited into the JP Morgan Chase bank account #000000448606298 of GERARDO GARZA QUINTERO. This included a $90,000 U.S. Currency deposit on March 26, 2012 and $213,000 wire transfer from the wife of Defendant ERICK JOVAN LOZANO DIAZ. On March 28, 2012, GERARDO GARZA QUINTERO wrote check number #139 in the amount of $400,000 payable to TREMOR ENTERPRISES, LLC with the notation in the memo section of the check stating, "Purchase of Fly Corona."

OA22. On or about February 22, 2012, Defendant ALEXANDRA GARCIA TREVINO provided nominee names for quarter horse related business records to disguise the true ownership of the quarter horses. ALEXANDRA GARCIA TREVINO worked with JOSE TREVINO MORALES and ZULEMA TREVINO at ZULE FARMS, LLC., a front company for Los Zetas quarter horse operation.

OA23. On or about May 11, 2012, Defendant ALEXANDRA GARCIA TREVINO received check number 1268, from the account of ZULE FARMS, LLC., a front company for Los Zetas quarter horse operation as payment for work performed for the organization.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Money Laundering Forfeiture Statutes and Violations
### [18 U.S.C. §§ 1956(h) and subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1)]

As a result of the foregoing criminal violation as set forth in Count One of the Indictment, which is punishable by imprisonment for more than one year, **MIGUEL ANGEL TREVINO MORALES(1), OSCAR OMAR TREVINO-MORALES (2), JOSE TREVINO-MORALES(3), ZULEMA TREVINO (4), CARLOS MIGUEL NAYEN BORBOLLA(5), FRANCISCO ANTONIO COLORADO CESSA(6), FERNANDO SOLIS GARCIA(7), VICTOR MANUEL LOPEZ(8), SERGIO ROGELIO GUERRERO RINCON(9), ADAN FARIAS(10), EUSEVIO MALDONADO HUITRON(11), FELIPE ALEJANDRO QUINTERO(13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE (15), ERICK JOVAN LOZANO DIAZ (16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), ALEXANDRA GARCIA TREVINO (19),** shall forfeit any and all right, title, and interest in the below-described property to the United States, pursuant to 18 U.S.C. § 982(a)(1), which states the following:

> **18 U.S.C. § 982 Criminal Forfeiture**
>
> **(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of section 1956, . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes, but is not limited to, the following:

## II.
### Personal Property Subject to Forfeiture (Non-Horses)

**A.    Bank and Business Accounts:**

1.    $648.46, more or less, in United States currency seized from BBVA Compass Bank, Account Number ******5560, in the name of Francisco Antonio Colorado Cessa;

2.    $12,822.71, more or less, in United States currency seized from Wells Fargo Bank, Account Number ********6769, in the name of Jesus Huitron dba Huitron Homes;

3.    $151.85, more or less, in United States currency seized from Wells Fargo Bank, Account Number ********6745, in the name of Fernando Garcia dba Garcia Bloodstock and Racing;

4.    $27,469.46, more or less, in United States currency seized from Wells Fargo Bank, Account Number ********0199, in the name of Carmina LLC, under the control of Carlos Nayen;

5.    $175.90, more or less, in United States currency seized from Wells Fargo Bank, Account Number ********1743, in the name of Poker Ranch LLC;

6.    $20.39, more or less, in United States currency seized from Wells Fargo Bank, Account Number ********0190, in the name of Poker Ranch LLC, under the control of Jorge L. Ochoa and Victor Lopez;

7.    $103.87, more or less, in United States currency seized from Bank of America, Account Number ********9234, in the name of LA Horses Inc.;

8.    $2,686.71, more or less, in United States currency seized from Bank of America, Account Number **********1054, in the name of Tremor Enterprises LLC;

9.    $69,986.93, more or less, in United States currency seized from Bank of America, Account Number **********7266, in the name of Tremor Enterprises LLC;

10.   $110,120.94, more or less, in United States currency seized from Bank of America, Account Number **********4143, in the name of 66 Land LLC;

11.     $38,582.12, more or less, in United States currency seized from Bank of America, Account Number *****0397, in the name of Zule Farms LLC;

12.     $1,653.98, more or less, in United States currency seized from Bank of America, Account Number **********1500, in the name of Jose M. Trevino and Zulema Trevino;

13.     $1,500.00, more or less, in United States currency seized from Ruidoso Downs Race Track, Account Number *4434, in the name of Tremor Enterprises LLC;

14.     $491.40, more or less, in United States currency seized from Ruidoso Downs Race Track, Account Number *6961, in the name of Bonanza Racing Stables LLC;

15.     $63,462.00, more or less, in United States currency seized from Los Alamitos Quarter Horse Association, Account Number *0391, in the name of Tremor Enterprises LLC;

16.     $153.25, more or less, in United States currency seized from Los Alamitos Quarter Horse Association in the name of Carmina LLC, to include account number *1552;

17.     $44.50, more or less, in United States currency seized from Los Alamitos Quarter Horse Association in the name of LA Horses Inc. or Armando Leon;

18.     $27,316.85, more or less, in United States currency seized from Los Alamitos Quarter Horse Association in the name of Bonanza Racing Stables LLC; and

19.     $1.10, more or less, in United States currency seized from Los Alamitos Quarter Horse Association in the name of Garcia Bloodstock and Racing  LLC.

**B.     Currency:**

1.     $2,900.00, more or less, in United States currency seized from Carlos Nayen on or about June 12, 2012.

2.     $12,758.00, more or less, in United States currency seized from Eusevio Maldonado Huitron on or about June 12, 2012.

**C.     Aircrafts**

1.     Hawker 800XPI, with serial number 258740, United States Registration Number: N824LX.

2.     King Air B-200 with serial number BB-1907, Mexican Registration Number: XA-RDJ

**D.     Farm/Ranch Vehicles and Equipment:**

1.     One Frontier, model AP12, pallet fork, serial number 1XFAP12GLB0001952;

2.     One John Deere, model 5075 E tractor, vehicle identification number 1PY5075EHBB004589, with attachments, including one 553 front loader, model number 1P00553XPBX022557, and one Vassar hay spike;

3.     One John Deere, disk, no model or serial number;

4.     One John Deere, model 3032, tractor, serial number 1LV3032EVBH314028, with attachments, including one John Deere, model 305, loader, serial number 1P00305XCBX058199; one bucket loader; and one harrow chain rake.

5.     One Rotomec, model PHD 300, auger, serial number 1XFPHD0XVB0288475;

6.     One Vassar spring tooth, serial number 22211108;

7.      One Frontier, model BB2184, box blade, serial number 1XFBB21XEB0000541;

8.     One County Line Equipment, model L-72-40P-YK, brush hog, serial number 1001187784;

9.     One John Deere, model 825 DOHC, HP Gator OPS utility vehicle, serial number M0HX0PA107470;

10.    One John Deere bucket, serial number W50733189;

11.    One John Deere, model 5075E, tractor, vehicle identification number 1PY5075ECBB00372;

12.    One John Deere, model 553, front loader, serial number 1P00553XPBX020372;

13.    One John Deere bucket, serial number BW15544;

14.    One Pro Series Bad Boy, 60 inch 27 HP  0 Turning Radius Mower with Kohler Pro 27 HP Motor, vehicle identification number ZLGCEE3BKB1PXX, serial number BBZ6027KO02121701;

15.    One Miller Bob Cat 250, Welder Generator, stock #907211, serial number MB360135H;

16.     One CM Trailers, model Dakota ES, horse trailer, vehicle identification number 49THB1423C1004142, Oklahoma license plate number 5C2242;

17.     One CM Trailers, model Northstar, horse trailer, vehicle identification number 49THG342742502188; and

18.     One Big Tex, model 70PI-18X, utility trailer, serial number 16VPX1821B2E91330.

## III.
## Personal Property Subject to Forfeiture (Horses)

Any and all horses owned by Defendants **MIGUEL ANGEL TREVINO MORALES(1), OSCAR OMAR TREVINO-MORALES (2), JOSE TREVINO-MORALES(3), ZULEMA TREVINO (4), CARLOS MIGUEL NAYEN BORBOLLA(5), FRANCISCO ANTONIO COLORADO CESSA(6), FERNANDO SOLIS GARCIA(7), VICTOR MANUEL LOPEZ(8), SERGIO ROGELIO GUERRERO RINCON(9), ADAN FARIAS(10), EUSEVIO MALDONADO HUITRON(11), FELIPE ALEJANDRO QUINTERO(13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE (15), ERICK JOVAN LOZANO DIAZ (16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), ALEXANDRA GARCIA TREVINO (19),** to include the following:

## A. Subject Horses

A horse named Super Sporting Dash, and any proceeds derived from the sale of Super Sporting Dash

A horse named First Lady Lorenita, and any proceeds derived from the sale of First Lady Lorenita

A horse named Chicks Nita Dash, and any proceeds derived from the sale of Chicks Nita Dash

A horse named Our Dashing Lorenita, and any proceeds derived from the sale of Our Dashing Lorenita

24

A horse named Tempting Coronita, and any proceeds derived from the sale of Tempting Coronita

A horse named Mr Perrys Cartel, and any proceeds derived from the sale of Mr Perrys Cartel

A horse named Follies And Corona, and any proceeds derived from the sale of Follies and Corona

A horse named Special Folly Dash, and any proceeds derived from the sale of Special Folly Dash

An Unnamed Yearling y533, and any proceeds derived from the sale of Unnamed Yearling y533

A horse named Cartels Snowbound, and any proceeds derived from the sale of Cartels Snowbound

A horse named Dash To Fantasy, and any proceeds derived from the sale of Dash To Fantasy

A horse named Le Mishka Jess, and any proceeds derived from the sale of Le Mishka Jess

A horse named Perrys Le Mishka, and any proceeds derived from the sale of Perrys Le Mishka

A horse Unnamed Yearling y515, and any proceeds derived from the sale of Unnamed Yearling y515

A horse named Loose Runaway, and any proceeds derived from the sale of Loose Runaway

A horse named Merry For Corona, and any proceeds derived from the sale of Merry for Corona

An Unnamed Yearling y510, and any proceeds derived from the sale of Unnamed Yearling y510

A horse named FG Corazon, and any proceeds derived from the sale of FG Corazon

A horse named Patrionic Dash, and any proceeds derived from the sale of Patrionic Dash

A horse named Dashing Nic, and any proceeds derived from the sale of Dashing Nic

A horse named Run With The Queen, and any proceeds derived from the sale of Run With

The Queen

A horse named First Dash N Run, and any proceeds derived from the sale of First Dash N Run

An Unnamed Yearling y525, and any proceeds derived from the sale of Unnamed Yearlings y525

A horse named Coronas Bad Cartel, and any proceeds derived from the sale of Coronas Bad Cartel

A horse named Dashs Winning Flight, and any proceeds derived from the sale of Dashs Winning Flight

A horse named Coronas Sportiness, and any proceeds derived from the sale of Coronas Sportiness

A horse named Marked By Sturdiness, and any proceeds derived from the sale of Marked By Sturdiness

A horse named Jens First Dash, and any proceeds derived from the sale of Jens First Dash

A horse named Dashing For Thanks, and any proceeds derived from the sale of Dashing For Thanks

A horse named Thankful For First, and any proceeds derived from the sale of Thankful For First

A horse named Drew The Long Straw, and any proceeds derived from the sale of Drew The Long Straw

A horse named Long Straw Dash, and any proceeds derived from the sale of Long Straw Dash

A horse named First Princess Dash, and any proceeds derived from the sale of First Princess Dash

A horse named A Crescent Dash, and any proceeds derived from the sale of A Crescent Dash

A horse named First Dashing Chick, and any proceeds derived from the sale of First Dashing Chick

A horse named Cairinas Corona Chic, and any proceeds derived from the sale of Cairinas Corona Chic

A horse named Acting Up For Perry, and any proceeds derived from the sale of Acting Up For Perry

A horse named Dont Act Up Perry, and any proceeds derived from the sale of Don't Act Up Perry

A horse named Coronas Class Act, and any proceeds derived from the sale of Coronas Class Act

A horse named FG Par Separado, and any proceeds derived from the sale of FG Par Separado

A horse named Tempting To Anna, and any proceeds derived from the sale of Tempting To Anna

A horse named Awise Dash, and any proceeds derived from the sale of Awise Dash

A Foal In Utero b438, and any proceeds derived from the sale of Foal In Utero b438

A Foal In Utero b034, and any proceeds derived from the sale of Foal In Utero b034

A Foal In Utero b100, and any proceeds derived from the sale of Foal In Utero b100

A horse named La Futura, and any proceeds derived from the sale of La Futura

A horse named Segura, and any proceeds derived from the sale of Segura

A Foal In Utero b096, and any proceeds derived from the sale of Foal In Utero b096

A Foal In Utero b443, and any proceeds derived from the sale of Foal in Utero b443

A horse named Jess Bet On Me, and any proceeds derived from the sale of Jess Bet On Me

A horse named Unobetter, and any proceeds derived from the sale of Unobetter

A horse named Chanel Chic, and any proceeds derived from the sale of Chanel Chic

A horse named Feature Me Rose, and any proceeds derived from the sale of Feature Me Rose

A horse named Act Up, and any proceeds derived from the sale of Act Up

A horse named Mystery Cali Queen, and any proceeds derived from the sale of Mystery Cali Queen

A horse named Jess A Carrera, and any proceeds derived from the sale of Jess A Carrera

A horse named Carreras Dash, and any proceeds derived from the sale of Carreras Dash

A horse named Carrera Tempted, and any proceeds derived from the sale of Carrera Tempted

A horse named The Signature Mr, and any proceeds derived from the sale of The Signature Mr

A horse named Allurist, and any proceeds derived from the sale of Allurist

A Foal In Utero b434, and any proceeds derived from the sale of Foal In Utero b434

A Foal In Utero b432, and any proceeds derived from the sale of Foal In Utero b432

A horse named Cali Cartel, and any proceeds derived from the sale of Cali Cartel

A Foal In Utero b002, and any proceeds derived from the sale of Foal In Utero b002

A horse named Chick Fly High, and any proceeds derived from the sale of Chick Fly High

A horse named Streak Hitter, and any proceeds derived from the sale of Streak Hitter

A horse named Hot Hitting, and any proceeds derived from the sale of Hot Hitting

A horse named Lorenitas Dash, and any proceeds derived from the sale of Lorenitas Dash

A horse named Mr Loren, and any proceeds derived from the sale of Mr Loren

A Foal In Utero b051, and any proceeds derived from the sale of Foal In Utero b051

A Foal In Utero b157, and any proceeds derived from the sale of Foal In Utero b157

A Foal In Utero b133, and any proceeds derived from the sale of Foal In Utero b133

A Foal In Utero b439, and any proceeds derived from the sale of Foal in Utero b133

A horse named Cole Hearted Ferrari, and any proceeds derived from the sale of Cole Hearted Ferrari

A horse named Cocopata, and any proceeds derived from the sale of Cocopata

A horse named A Dash Of Sweet Heat, and any proceeds derived from the sale of A Dash of Sweet Heat

A Foal In Utero b136, and any proceeds derived from the sale of Foal In Utero b136

A horse named Jess Charming, and any proceeds derived from the sale of Jess Charming

A Foal In Utero b064, and any proceeds derived from the sale of Foal In Utero b064

A Foal In Utero b430, and any proceeds derived from the sale of Foal In Utero b430

A Foal In Utero b042, and any proceeds derived from the sale of Foal In Utero b042

A horse named Coronas Valentine, and any proceeds derived from the sale of Coronas Valentine

A horsed named A Dashing Valentine, and any proceeds derived from the sale of A Dashing Valentine

A horse named Tempting Corona Dash, and any proceeds derived from the sale of Tempting Corona Dash

A horse named Tempting To Dash, and any proceeds derived from the sale of Tempting to Dash

A Foal In Utero b074, and any proceeds derived from the sale of Foal In Utero b074

A Foal In Utero b404, and any proceeds derived from the sale of Foal In Utero b404

A Foal In Utero b090, and any proceeds derived from the sale of Foal In Utero b090

A Foal In Utero b055, and any proceeds derived from the sale of Foal In Utero b055

A horse named Street Signs, and any proceeds derived from the sale of Street Signs

A horse named Crescent Blue Moon, and any proceeds derived from the sale of Crescent Blue Moon

A horse named Real Dream Dancer, and any proceeds derived from the sale of Real Dream Dancer

A horse named Dash Master Jess, and any proceeds derived from the sale of Dash Master Jess

A horse named Mi Vengador, and any proceeds derived from the sale of Mi Vengador

A horse named Chicks Lorenita, and any proceeds derived from the sale of Chicks Lorenita

A horse named Runaway Fun, and any proceeds derived from the sale of Runaway Fun

A Foal In Utero bk297, and any proceeds derived from the sale of Foal In Utero bk297

A Foal In Utero bk296, and any proceeds derived from the sale of Foal In Utero bk296

A Foal In Utero b405, and any proceeds derived from the sale of Foal In Utero b405

A horse named Coronita Cartel, and any proceeds derived from the sale of Coronita Cartel

A horse named Mi Angela, and any proceeds derived from the sale of Mi Angela

A horse named Follies Corona Chick, and any proceeds derived from the sale of Follies Corona Chick

A horse named Kool Baby Dash, and any proceeds derived from the sale of Kool Baby Dash

A horse named Dash To Follies, and any proceeds derived from the sale of Dash To Follies

A horse named Folly N Dash, and any proceeds derived from the sale of Folly N Dash

A horse named One Famous Folly, and any proceeds derived from the sale of One Famous Folly

A horse named Cartels Little Reba, and any proceeds derived from the sale of Cartels Little Reba

A horse named Reba Reba Corona, and any proceeds derived from the sale of Reba Reba Corona

A horse named Dash To Lil Corona, and any proceeds derived from the sale of Dash To Lil Corona

A horse named A Remarkable Perry, and any proceeds derived from the sale of A Remarkable Perry

A horse named Little Reba Corona, and any proceeds derived from the sale of Little Reba Corona

A horse named La Jolla Streaker, and any proceeds derived from the sale of La Jolla Streaker

A horse named Things That Fly, and any proceeds derived from the sale of Things That Fly

A Foal In Utero b433, and any proceeds derived from the sale of Foal In Utero b433

A horse named Happier Hour, and any proceeds derived from the sale of Happier Hour

A horse named Winning Flo, and any proceeds derived from the sale of Winning Flo

A horse named Anichini, and any proceeds derived from the sale of Anichini

A horse named Efforts Ms Dash, and any proceeds derived from the sale of Efforts Ms Dash

A horse named A Tempting Effort, and any proceeds derived from the sale of A Tempting Effort

A horse named Ms Easy Dasher, and any proceeds derived from the sale of Ms Easy Dasher

A Foal In Utero b139, and any proceeds derived from the sale of Foal In Utero b139

A Foal In Utero b137, and any proceeds derived from the sale of Foal In Utero b137

A horse named Dashin N Fabulous, and any proceeds derived from the sale of Dashin N Fabulous

A Foal In Utero b049, and any proceeds derived from the sale of Foal In Utero b049

A horse named Perry Famous, and any proceeds derived from the sale of Perry Famous

A horse named Wicked Falena, and any proceeds derived from the sale of Wicked Falena

A horse named Mr Perrys Wine, and any proceeds derived from the sale of Mr Perrys Wine

A Foal In Utero b011, and any proceeds derived from the sale of Foal In Utero b011

A Foal In Utero b426, and any proceeds derived from the sale of Foal In Utero b426

A horse named First Prize Moon, and any proceeds derived from the sale of First Prize Moon

A horse named Ladonna Fly, and any proceeds derived from the sale of Ladonna Fly

A horse named Thanks Jens, and any proceeds derived from the sale of Thanks Jens

A horse named Fly Ta The Prize, and any proceeds derived from the sale of Fly Ta The Prize

A horse named Dash Ta Fly, and any proceeds derived from the sale of Dash Ta Fly

A Foal In Utero b409, and any proceeds derived from the sale of Foal In Utero b409

A horse named Fly Ta Cartel, and any proceeds derived from the sale of Fly Ta Cartel

A horse named A Snowy Fling, and any proceeds derived from the sale of A Snowy Fling

A horse named Cole Hearted Hussy, and any proceeds derived from the sale of Cole Hearted Hussy

A horse named Yummy, and any proceeds derived from the sale of Yummy

A horse named Dooley M Good, and any proceeds derived from the sale of Dooley M Good

A Foal In Utero b410, and any proceeds derived from the sale of Foal In Utero b410

A horse named Lady Mimosa, and any proceeds derived from the sale of Lady Mimosa

A horse named Apache Heart, and any proceeds derived from the sale of Apache Heart

A horse named Nice Hustle, and any proceeds derived from the sale of Nice Hustle

A horse named Remember Me Rose, and any proceeds derived from the sale of Remember Me Rose

A horse named Ima Jessie Dash, and any proceeds derived from the sale of Ima Jessie Dash

A horse named Ima Tempting Dash, and any proceeds derived from the sale of Ima Tempting Dash

A horse named A Tempting Task, and any proceeds derived from the sale of A Tempting Task

A horse named Ima Perry, and any proceeds derived from the sale of Ima Perry

A horse named Km Kii, and any proceeds derived from the sale of Km Kii

A horse named Jazzy Fisher W070, and any proceeds derived from the sale of Jazzy Fisher W070

A horse named Jess Lookin, and any proceeds derived from the sale of Jess Looking

A Foal In Utero b440, and any proceeds derived from the sale of Foal In Utero b440

A Foal In Utero b111, and any proceeds derived from the sale of Foal In Utero b111

A Foal In Utero b062, and any proceeds derived from the sale of Foal In Utero b062

A horse named Charming Jessie, and any proceeds derived from the sale of Charming Jessie

A Foal In Utero b070, and any proceeds derived from the sale of Foal In Utero b070

A Foal In Utero b024, and any proceeds derived from the sale of Foal In Utero b024

A horse named Faded Luv, and any proceeds derived from the sale of Faded Luv

A horse named Significant Jess, and any proceeds derived from the sale of Significant Jess

A horse named Corona Del Rae, and any proceeds derived from the sale of Corona Del Rae

A Foal In Utero b078, and any proceeds derived from the sale of Foal In Utero b078

A horse named Wow Wow Wow, and any proceeds derived from the sale of Wow Wow Wow

A horse named Kaylynna Perry, and any proceeds derived from the sale of Kaylynna Perry

A Foal In Utero b010, and any proceeds derived from the sale of Foal In Utero b010

A horse named RG Kissing Dale, and any proceeds derived from the sale of RG Kissing Dale

A horse named Ms La Jolla Perry, and any proceeds derived from the sale of Ms La Jolla Perry

A horse named Kindhearted, and any proceeds derived from the sale of Kindhearted

A Foal In Utero b071, and any proceeds derived from the sale of Foal In Utero b071

A Foal In Utero b023, and any proceeds derived from the sale of Foal In Utero b023

A Foal In Utero b126, and any proceeds derived from the sale of Foal In Utero b126

A horse named Viva Mexico, and any proceeds derived from the sale of Viva Mexico

A Foal In Utero b425, and any proceeds derived from the sale of Foal In Utero b425

A Foal In Utero b123, and any proceeds derived from the sale of Foal In Utero b123

A horse named Dancing Mishka, and any proceeds derived from the sale of Dancing Mishka

A horse named Mr First Down, and any proceeds derived from the sale of Mr First Down

A horse named Le Mishka, and any proceeds derived from the sale of Le Mishka

An Unnamed Weanling w19, and any proceeds derived from the sale of Unnamed Weanling w19

A horse named Lil Mac, and any proceeds derived from the sale of Lil Mac

A horse named Be A Special Melody, and any proceeds derived from the sale of Be A Special Melody

A horse named Breakoutthebullets, and any proceeds derived from the sale of Breakoutthebullets

A Foal In Utero bk298, and any proceeds derived from the sale of Foal In Utero bk298

A Foal In Utero w3129, and any proceeds derived from the sale of Foal In Utero w3129

A horse named Last Loose Perry, and any proceeds derived from the sale of Last Loose Perry

A horse named Loose Chick, and any proceeds derived from the sale of Loose Chick

A horse named Eye On Corona, and any proceeds derived from the sale of Eye On Corona

A horse named Feature Ms Bunny, and any proceeds derived from the sale of Feature Ms Bunny

A horse named Merry For Money, and any proceeds derived from the sale of Merry For Money

A horse named Marked By Blue, and any proceeds derived from the sale of Marked By Blue

A Foal In Utero b013, and any proceeds derived from the sale of Foal In Utero b013

A horse named Cartel Mischief, and any proceeds derived from the sale of Cartel Mischief

A horse named Formicha Ferrari, and any proceeds derived from the sale of Formicha Ferrari

A Foal In Utero b423, and any proceeds derived from the sale of Foal In Utero b423

A Foal In Utero b431, and any proceeds derived from the sale of Foal In Utero b431

A Foal In Utero b060, and any proceeds derived from the sale of Foal In Utero b060

A Foal In Utero b412, and any proceeds derived from the sale of Foal In Utero b412

A Foal In Utero b041, and any proceeds derived from the sale of Foal In Utero b041

A horse named Awise Hero, and any proceeds derived from the sale of Awise Hero

A horse named Memories Formicha, and any proceeds derived from the sale of Memories Formicha

A horse named One Diamond, and any proceeds derived from the sale of One Diamond

A horse named Carrera Cartel, and any proceeds derived from the sale of Carrera Cartel

A horse named Shesa Winning Flight, and any proceeds derived from the sale of Shesa Winning Flight

A Foal In Utero b037, and any proceeds derived from the sale of Foal In Utero b037

A horse named Mr Dash N Run, and any proceeds derived from the sale of Mr Dash N Run

A horse named Coronas Miss Perry, and any proceeds derived from the sale of Coronas Miss Perry

A Foal In Utero b150, and any proceeds derived from the sale of Foal In Utero b150

A horse named Fire With Class, and any proceeds derived from the sale of Fire With Class

A horse named Big Daddy Cartel, and any proceeds derived from the sale of Big Daddy Cartel

A horse named Jessaraceaway, and any proceeds derived from the sale of Jesseraceaway

A horse named Secret Baby Doll, and any proceeds derived from the sale of Secret Baby Doll

A horse named One Hot Rosie, and any proceeds derived from the sale of One Hot Rosie

A horse named Prima Corona, and any proceeds derived from the sale of Prima Corona

A horse named Moms Miss Dasher, and any proceeds derived from the sale of Moms Miss Dasher

A horse named Mommys Dasher, and any proceeds derived from the sale of Mommys Dasher

A horse named Miss Jessica Perry, and any proceeds derived from the sale of Miss Jessica Perry

A Foal In Utero b076, and any proceeds derived from the sale of Foal In Utero b076

A Foal In Utero b081, and any proceeds derived from the sale of Foal In Utero b081

A horse named Morning Cartel, and any proceeds derived from the sale of Morning Cartel

A horse named Fabulously Fast, and any proceeds derived from the sale of Fabulously Fast

A Foal In Utero b050, and any proceeds derived from the sale of Foal In Utero b050

A horse named A Nice Hustle, and any proceeds derived from the sale of A Nice Hustle

A horse named Nice Dash N Hustle, and any proceeds derived from the sale of Nice Dash N Hustle

A Foal In Utero b112, and any proceeds derived from the sale of Foal In Utero b112

A horse named Featuring Dash, and any proceeds derived from the sale of Featuring Dash

A horse named Featuring One, and any proceeds derived from the sale of Featuring One

A horse named Dashingfornumberone, and any proceeds derived from the sale of Dashingfornumberone

A Foal In Utero b084, and any proceeds derived from the sale of Foal In Utero b084

A Foal In Utero b110, and any proceeds derived from the sale of Foal In Utero b110

A horse named Hot Rosie Dash, and any proceeds derived from the sale of Hot Rosie Dash

A horse named One More Wave, and any proceeds derived from the sale of One More Wave

A horse named One More Blue Wave, and any proceeds derived from the sale of One More Blue Wave

A horse named Beer Hunter, and any proceeds derived from the sale of Beer Hunter

A horse named Ms Prima Pilot, and any proceeds derived from the sale of Ms Prima Pilot

A horse named A Tempting Corona, and any proceeds derived from the sale of A Tempting Corona

A horse named Prima Dash, and any proceeds derived from the sale of Prima Dash

A horse named Prima Fire, and any proceeds derived from the sale of Prima Fire

A Foal In Utero b114, and any proceeds derived from the sale of Foal In Utero b114

A horse named Zoom N La Jolla, and any proceeds derived from the sale of Zoom N La Jolla

A horse named Prissy La Jolla, and any proceeds derived from the sale of Prissy La Jolla

A Foal In Utero b109, and any proceeds derived from the sale of Foal In Utero b109

A horse named Corona Valentine, and any proceeds derived from the sale of Corona Valentine

A horse named Dashing Little Reba, and any proceeds derived from the sale of Dashing Little Reba

A horse named Mr Perry Rose, and any proceeds derived from the sale of Mr Perry Rose

A horse named Remember Me Jessie, and any proceeds derived from the sale of Remember Me Jessie

A Foal In Utero b054, and any proceeds derived from the sale of Foal In Utero b054

A Foal In Utero b407, and any proceeds derived from the sale of Foal In Utero b407

A Foal In Utero b105, and any proceeds derived from the sale of Foal In Utero b105

A Foal In Utero b019, and any proceeds derived from the sale of Foal In Utero b019

A horse named Kissing Like A Man, and any proceeds derived from the sale of Kissing Like A Man

A horse named Winter Goddess, and any proceeds derived from the sale of Winter Goddess

A horse named A Royal Jess, and any proceeds derived from the sale of A Royal Jess

A horse named Jessa Witch, and any proceeds derived from the sale of Jessa Witch

A Foal In Utero b072, and any proceeds derived from the sale of Foal In Utero b072

A Foal In Utero b106, and any proceeds derived from the sale of Foal In Utero b106

A horse named Stars R Blue, and any proceeds derived from the sale of Stars R Blue

A Foal In Utero b416, and any proceeds derived from the sale of Foal In Utero b416

A Foal In Utero b080, and any proceeds derived from the sale of Foal In Utero b080

A Foal In Utero b025, and any proceeds derived from the sale of Foal In Utero b025

A horse named Runaway Jessie, and any proceeds derived from the sale of Runaway Jessie

An Unnamed Weanling w5, and any proceeds derived from the sale of Unnamed Weanling w5

A horse named Katies Sign, and any proceeds derived from the sale of Katies Sign

A horse named Run With It, and any proceeds derived from the sale of Run With It

A horse named This Girls Back, and any proceeds derived from the sale of This Girls Back

A horse named Sassy Spitfire, and any proceeds derived from the sale of Sassy Spitfire

A horse named The Dashing Dude, and any proceeds derived from the sale of The Dashing Dude

A horse named Babys Tempting Dash, and any proceeds derived from the sale of Babys Tempting Dash

A horse named Tempting Secret Dash, and any proceeds derived from the sale of Tempting Secret Dash

A Foal In Utero b414, and any proceeds derived from the sale of Foal In Utero b414

A horse named Sweetness Special, and any proceeds derived from the sale of Sweetness Special

A Foal In Utero b001, and any proceeds derived from the sale of Foal In Utero b001

A Foal In Utero b427, and any proceeds derived from the sale of Foal In Utero B427

A horse named Faux Fur, and any proceeds derived from the sale of Faux Fur

A horse named Mary Louise Dash, and any proceeds derived from the sale of Mary Louise Dash

A horse named Shalala B, and any proceeds derived from the sale of Shalala B

A horse named Whole Lotta Shake, and any proceeds derived from the sale of Whole Lotta Shake

A Foal In Utero b435, and any proceeds derived from the sale of Foal In Utero b435

A Foal In Utero b093, and any proceeds derived from the sale of Foal In Utero b093

A Foal In Utero b406, and any proceeds derived from the sale of Foal In Utero b406

A Foal In Utero b033, and any proceeds derived from the sale of Foal In Utero b033

A horse named Hesa Winning Mystery, and any proceeds derived from the sale of Hesa Winning Mystery

A horse named Crescent Moon Dash, and any proceeds derived from the sale of Cresent Moon Dash

A horse named Tahiti Cartel, and any proceeds derived from the sale of Tahiti Cartel

A horse named The Red Princess, and any proceeds derived from the sale of The Red Princess

A horse named Cartel Corona Dancer, and any proceeds derived from the sale of Cartel Corona Dancer

A horse named Mr Ease Cartel, and any proceeds derived from the sale of Mr Ease Cartel

A horse named Sportiness Cartel, and any proceeds derived from the sale of Sportiness Cartel

A horse named Heart Hold On, and any proceeds derived from the sale of Heart Hold On

A horse named Quick Encounter, and any proceeds derived from the sale of Quick Encounter

A horse named Thebest Isyet Tocome, and any proceeds derived from the sale of Thebest Isyet Tocome

A horse named Bench Mark Dove, and any proceeds derived from the sale of Bench Mark Dove

A horse named Bennington, and any proceeds derived from the sale of Bennington

A Foal In Utero b152, and any proceeds derived from the sale of Foal In Utero b152

A Foal In Utero b099, and any proceeds derived from the sale of Foal In Utero b099

A Foal In Utero b017, and any proceeds derived from the sale of Foal In Utero b017

A horse named The Long Straw, and any proceeds derived from the sale of The Long Straw

A horse named Mr Tempting Special, and any proceeds derived from the sale of Mr Tempting Special

A Foal In Utero b140, and any proceeds derived from the sale of Foal In Utero b140

A horse named Divine Cartel, and any proceeds derived from the sale of Divine Cartel

A hose named Number One Chorreada, and any proceeds derived from the sale of Number One Chorreada

A horse named La Walk Fire, and any proceeds derived from the sale of La Walk Fire

A horse named Toast To The Queen, and any proceeds derived from the sale of Toast To The Queen

A Foal In Utero b107, and any proceeds derived from the sale of Foal In Utero b107

A Foal In Utero b057, and any proceeds derived from the sale of Foal In Utero b057

A horse named Mr Flying Special, and any proceeds derived from the sale of Mr Flying Special

A horse named Ms Jens Streakin, and any proceeds derived from the sale of Ms Jens Streakin

A horse named Thanks For The Dash, and any proceeds derived from the sale of Thanks For The Dash

A horse named Dash N Thanks, and any proceeds derived from the sale of Dash N Thanks

A horse named Ms Dancing Straw, and any proceeds derived from the sale of Ms Dancing Straw

A horse named The Long Dash, and any proceeds derived from the sale of The Long Dash

A horse named A Tempting Special, and any proceeds derived from the sale of A Tempting Special

A horse named Super Long Straw, and any proceeds derived from the sale of Super Long Straw

A horse named Cartel Syndicate, and any proceeds derived from the sale of Cartel Syndicate

A horse named The Cartel Straw, and any proceeds derived from the sale of The Cartel Straw

A Foal In Utero b422, and any proceeds derived from the sale of Foal In Utero b422

A Foal In Utero bk295, and any proceeds derived from the sale of Foal In Utero bk295

A horse named Mr Queens Beduino, and any proceeds derived from the sale of Mr Queens Beduino

A horse named Juanita Mi Amor, and any proceeds derived from the sale of Juanita Mi Amor

A Foal In Utero b418, and any proceeds derived from the sale of Foal In Utero b418

A Foal In Utero b046, and any proceeds derived from the sale of Foal In Utero b046

A horse named This Girls Tempting, and any proceeds derived from the sale of This Girls Tempting

A horse named To Catch This Wagon, and any proceeds derived from the sale of To Catch This Wagon

A Foal In Utero b138, and any proceeds derived from the sale of Foal In Utero b138

A horse named Henryetta Dash, and any proceeds derived from the sale of Henryetta Dash

A Foal In Utero b122, and any proceeds derived from the sale of Foal In Utero b122

A Foal In Utero b005, and any proceeds derived from the sale of Foal In Utero b005

A horse named Miss Dash N Run, and any proceeds derived from the sale of Miss Dash N Run

A Foal In Utero b131, and any proceeds derived from the sale of Foal In Utero b131

A Foal In Utero b437, and any proceeds derived from the sale of Foal In Utero b437

A Foal In Utero b004, and any proceeds derived from the sale of Foal In Utero b004

A Foal In Utero b038, and any proceeds derived from the sale of Foal In Utero b038

A horse named Royal Wicked Witch, and any proceeds derived from the sale of Royal Wicked Witch

A Foal In Utero b428, and any proceeds derived from the sale of Foal In Utero b428

A horse named Efforts Easy Dash, and any proceeds derived from the sale of Efforts Easy Dash

A horse named Ballerinas Feature, and any proceeds derived from the sale of Ballerinas Feature

A horse named Mr Snowy Jess, and any proceeds derived from the sale of Mr Snowy Jess

A Foal In Utero b445, and any proceeds derived from the sale of Foal In Utero b445

A horse named A Snowy Cartel, and any proceeds derived from the sale of A Snowy Cartel

A horse named Natalie Dash, and any proceeds derived from the sale of Natalie Dash

A horse named Mi Pequena Amor, and any proceeds derived from the sale of Mi Pequena Amor

A horse named My Brothers Chick, and any proceeds derived from the sale of My Brothers Chick

A horse named Fiery Cartel, and any proceeds derived from the sale of Fiery Cartel

A horse named Specialcountrychick, and any proceeds derived from the sale of Specialcountrychick

A horse named Tempted To Dash, and any proceeds derived from the sale of Tempted To Dash

A horse named Mr Act Up, and any proceeds derived from the sale of Mr Act Up

A horse named Jess Acting Up, and any proceeds derived from the sale of Jess Acting Up

A Foal In Utero b003, and any proceeds derived from the sale of Foal In Utero b003

A Foal In Utero b021, and any proceeds derived from the sale of Foal In Utero b021

A Foal In Utero b048, and any proceeds derived from the sale of Foal In Utero b048

A Foal In Utero b116, and any proceeds derived from the sale of Foal In Utero b116

A horse named All About Torque, and any proceeds derived from the sale of All About Torque

A horse named Mi Babe, and any proceeds derived from the sale of Mi Babe

A horse named A Dashing Allure, and any proceeds derived from the sale of A Dashing Allure

A horse named Allurist Seis, and any proceeds derived from the sale of Allurist Seis

A horse named Also A Feature, and any proceeds derived from the sale of Also A Feature

A horse named Ms Dashing Anchini, and any proceeds derived from the sale of Ms Dashing Anchini

A horse named Easy Anichini Dash, and any proceeds derived from the sale of Easy Anichini Dash

A horse named Tempting Date, and any proceeds derived from the sale of Tempting Date

A Foal In Utero b118, and any proceeds derived from the sale of Foal In Utero b118

A Foal In Utero b129, and any proceeds derived from the sale of Foal In Utero b118

A Foal in Utero b113, and any proceeds derived from the sale of Foal In Utero b113

A Foal In Utero b031, and any proceeds derived from the sale of Foal In Utero b031

A Foal In Utero b408, and any proceeds derived from the sale of Foal In Utero b408

A horse named Apollitical Angel, and any proceeds derived from the sale of Apollitical Angel

A horse named Sign It Down, and any proceeds derived from the sale of Sign It Down

A Foal In Utero b069, and any proceeds derived from the sale of Foal In Utero b069

A horse named Awise Lady, and any proceeds derived from the sale of Awise Lady

A horse named First Tempting Dash, and any proceeds derived from the sale of First Tempting Dash

A horse named Rocket and Roll, and any proceeds derived from the sale of Rocket and Roll

A horse named Blazin N Dashin, and any proceeds derived from the sale of Blazin N Dashin

A horse named Majestic Cartel, and any proceeds derived from the sale of Majestic Cartel

A Gelding Stallion, Unidentifiable Tattoo, and any proceeds derived from the sale of Gelding Stallion

Ninety-Nine (99) Open Recipient Mare Horses, and any proceeds derived from the sale of Ninety-Nine (99) Open Recipient Mare Horses

A horse named Tempting Dash, and any proceeds derived from the sale of Tempting Dash

A horse named Mr. Piloto, and any proceeds derived from the sale of Mr. Piloto

A horse named Separate Fire, and any proceeds derived from the sale of Separate Fire

A horse named Dashing Follies, and any proceeds derived from the sale of Dashing Follies

A horse named Y516, and any proceeds derived from the sale of Y516

## IV.
### Real Property Subject to Forfeiture

As a result of the foregoing criminal violations as set forth in Count One of the Indictment, DEFENDANTS JOSE TREVINO MORALES (3), ZULEMA TREVINO (4) and EUSEVIO MALDONADO HUITRON (11) shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), the following:

**All right, title and interest of DEFENDANTS JOSE TREVINO MORALES (3) and ZULEMA TREVINO (4) in the following real property are subject to forfeiture to the United States of America:**

1.     Real property located and situated at **17840 84th Street, Lexington, Cleveland County, Oklahoma,** including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any, and more fully described as: LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS ALL THAT CERTAIN PROPERTY SITUATED IN THE COUNTY OF CLEVELAND, AND STATE OF OK AND BEING DESCRIBED IN A DEED DATED 09/20/2011 AND RECORDED 10/05/2011 IN BOOK/PAGE:4918 / 759 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS:

THE FOLLOWING DESCRIBED REAL PROPERTY AND PREMISES SITUATED LN CLEVELAND COUNTY, STATE OF OKLAHOMA, TO WIT: PART OF THE SOUTHEAST QUARTER (SE/4) OF SECTION EIGHT (8), TOWNSHIP SIX (6) NORTH, RANGE ONE (1) WEST OF THE I.M., CLEVELAND COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING FROM THE NW CORNER OF SAID SE/4, THENCE NORTH 89 DEGREES 4956" EAST A DISTANCE OF 209.00 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 0 DEGREES 05'29" WEST A DISTANCE OF 418.00 FEET; THENCE S. 89 DEGREES 49'S6" W. A DISTANCE OF 209.00 FEET; THENCE S. 0 DEGREES 05'29" W. A DISTANCE OF 889.06 FEET; THENCE N. 89 DEGREES 52'21" E. A DISTANCE OF 2623.81 FEET TO THE EAST SECTION LINE OF SAID SECTION 8; THENCE ALONG SECTION LINE N. 0 DEGREES 0659" WEST A DISTANCE OF 1,308.89 FEET; THENCE S. 89 DEGREES 49'56" WEST A DISTANCE OF 2,410.07 FEET TO THE POINT OF BEGINNING.

THE REAL PROPERTY DESCRIBED IN THIS WARRANTY DEED INCLUDES AS AN IMPROVEMENT TO THE LAND SET FORTH HEREIN A MOBILE HOME, 1995 OAKCRE, VEH ID#) CO5957324AB, TITLE #553098176011G, #060391432A0577, PERMANENTLY AFFIXED TO SAID LAND.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.

2.     Real property located and situated at **17850 84th Street, Lexington, Cleveland County, Oklahoma,** including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any, and more fully described as: THE SOUTH HALF OF THE SOUTHEAST QUARTER (S ½ SE 1/4) OF SECTION EIGHT (8), TOWNSHIP SIX (6) NORTH, RANGE ONE (1) WEST OF THE INDIAN MERIDIAN, CLEVELAND COUNTY, OKLAHOMA, LESS AND EXCEPT A TRACT OF LAND THAT IS PART OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION EIGHT (8), TOWNSHIP SIX (6) NORTH, RANGE ONE(1) WEST OF THE I.M., CLEVELAND COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING FROM THE SW CORNER OF THE SE 1/4 OF SAID SECTION EIGHT; THENCE N 89 DEGREES 59' 48" E, A DISTANCE OF 654.47 FEET; THENCE N 0 DEGREES 25' 22" E, A DISTANCE OF 1326.37 FEET, THENCE S 89 DEGREES 52' 21" W, A DISTANCE OF 662.15 FEET; THENCE S 0 DEGREES 05' 29" W, A DISTANCE OF 1324.90 FEET TO THE POINT OF BEGINNING. RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.

3.     Real property located and situated at **17860 84th Street, Lexington, Cleveland County, Oklahoma,** including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any, and more fully described as: THE SOUTH HALF OF THE SOUTHEAST QUARTER (S ½ SE 1/4) OF SECTION EIGHT (8), TOWNSHIP SIX (6) NORTH, RANGE ONE (1) WEST OF THE INDIAN MERIDIAN, CLEVELAND, COUNTY, OKLAHOMA, LESS AND EXCEPT A TRACT OF LAND THAT IS PART OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION EIGHT (8), TOWNSHIP SIX (6) NORTH, RANGE ONE (1) WEST OF THE I.M., CLEVELAND COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING FROM THE  SW/CORNER OF THE SE 1/4 OF SAID SECTION 8; THENCE N 89 DEGREES 59' 48" E A DISTANCE OF 654.47 FEET; THENCE N 0 DEGREES 25' 22" E A DISTANCE OF 1326.37 FEET, THENCE S 89 DEGREES 52' 21" W A DISTANCE OF 662.15 FEET; THENCE S 0 DEGREES 05' 29" W A DISTANCE OF 1324.90 FEET TO THE POINT OF BEGINNING. EXCLUDING MINERAL RIGHTS PREVIOUSLY RESERVED OR CONVEYED OF RECORD. RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND

WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.

**All right, title and interest of DEFENDANT EUSEVIO MALDONADO HUITRON (11) in the following real property are subject to forfeiture to the United States of America:**

1.    Real property located and situated at **163 Rianna Woods, Dale, Bastrop County, Texas,** including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any, and more fully described as: A342 WARNELL, HENRY, ACRES 14.9950. RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.

## V. Money Judgment

Upon conviction of the offense set forth in Count One, Defendants **MIGUEL ANGEL TREVINO MORALES(1), OSCAR OMAR TREVINO-MORALES (2), JOSE TREVINO-MORALES(3), ZULEMA TREVINO (4), CARLOS MIGUEL NAYEN BORBOLLA(5), FRANCISCO ANTONIO COLORADO CESSA(6), FERNANDO SOLIS GARCIA(7), VICTOR MANUEL LOPEZ(8), SERGIO ROGELIO GUERRERO RINCON(9), ADAN FARIAS(10), EUSEVIO MALDONADO HUITRON(11), FELIPE ALEJANDRO QUINTERO(13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE (15), ERICK JOVAN LOZANO DIAZ (16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), ALEXANDRA GARCIA TREVINO (19),** shall forfeit to the United States, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 982(a)(1), the following described Money Judgment of Forfeiture:

47

A sum of money equal to Sixty Million Dollars in United States currency ($60,000,000.00), representing the amount of money derived from or traceable to the proceeds obtained directly or indirectly from the commission of the offenses described above in Count One for which DEFENDANTS MIGUEL ANGEL TREVINO MORALES (1), OSCAR OMAR TREVINO-MORALES (2), JOSE TREVINO MORALES (3), ZULEMA TREVINO (4), CARLOS MIGUEL NAYEN BORBOLLA (5), FRANCISCO ANTONIO COLORADO CESSA (6), FERNANDO SOLIS GARCIA (7), VICTOR MANUEL LOPEZ (8), SERGIO ROGELIO GUERRERO RINCON (9), ADAN FARIAS (10), EUSEVIO MALDONADO HUITRON (11), FELIPE ALEJANDRO QUINTERO (13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE (15), ERICK JOVAN LOZANO DIAZ (16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), and ALEXANDRA GARCIA TREVINO (19) are jointly and severally liable.

## VI. Substitute Assets

If the money judgment described above as being subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), as a result of any act or omission of **MIGUEL ANGEL TREVINO MORALES(1), OSCAR OMAR TREVINO-MORALES (2), JOSE TREVINO-MORALES(3), ZULEMA TREVINO (4), CARLOS MIGUEL NAYEN BORBOLLA(5), FRANCISCO ANTONIO COLORADO CESSA(6), FERNANDO SOLIS GARCIA(7), VICTOR MANUEL LOPEZ(8), SERGIO ROGELIO GUERRERO RINCON(9), ADAN FARIAS(10), EUSEVIO MALDONADO HUITRON(11), FELIPE ALEJANDRO QUINTERO(13), RAUL RAMIREZ(14), LUIS GERARDO AGUIRRE (15), ERICK JOVAN LOZANO DIAZ (16), GERARDO GARZA QUINTERO (17), JESUS MALDONADO HUITRON (18), ALEXANDRA GARCIA TREVINO (19):**

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property up to the value

of said money judgment described above.


A TRUE BILL:


ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002


ROBERT PITMAN
United States Attorney

By:  _____
DOUGLAS W. GARDNER
Assistant United States Attorney