| | |
|---|---|
| Sealed | **X** |
| Unsealed | |

**Personal Data Sheet**   USAO# **2010R19356**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO
CASE NO. _____

County: **TRAVIS**    **AUSTIN** Division    Judge: **Sparks**

Date: **12/04/2012**    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: **A-12-CR-210 SS**    Assistant U. S. Attorney: **Douglas W. Gardner**

Defendant: **MIGUEL ANGEL TREVINO MORALES (1) AKA "40"**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States _____    Mexican **X**    Other _____

Interpreter Needed:    Yes **X**    No _____    Language **Spanish**

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail **X**    Where: **Bastrop County Jail**

On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: **6/12/2012**    Bench Warrant Needed **No**

Prosecution By:    Information _____    Superseding Indictment **X**

Offense (Code & Description):    **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:    Felony **X**    Misdemeanor _____

Maximum Sentence:    **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:    As to special assessment    Yes **X**    No _____

Remarks:    **Case Agent: FBI - Scott Lawson (956) 717-6477 / Steve Pennington (254) 366-0731**

Sealed       **X**

Unsealed _____

Personal Data Sheet    USAO#    **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO
CASE NO. _____

County: **TRAVIS**     **AUSTIN** Division     Judge: **Sparks**

Date: **12/04/2012**     Mag Ct.# _____     SSN: _____     FBI#: _____

Case No.: **A-12-CR-210 SS**     Assistant U. S. Attorney: **Douglas W. Gardner**

Defendant: **OSCAR OMAR TREVINO-MORALES (2) AKA "42"**     Date of Birth: **REDACTED**

Address: _____

Citizenship:     United States _____     Mexican **X**     Other _____

Interpreter Needed:     Yes **X**     No _____     Language **Spanish**

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____

                 On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed **No**

Prosecution By:     Information _____     Superseding Indictment **X**

Offense (Code & Description):  **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:     Felony **X**     Misdemeanor _____

Maximum Sentence:  **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:     As to special assessment     Yes **X**     No _____

Remarks:  **Case Agent: FBI - Scott Lawson**

Sealed     **X**

Unsealed   _____

Personal Data Sheet     USAO#   **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X**  NO
CASE NO. _____

| | | | |
|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____   SSN: _____ | FBI#: _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** |
| Defendant: | **JOSE TREVINO-MORALES (3)** | Date of Birth: | **REDACTED** |
| Address: | | | |

| | | | | |
|---|---|---|---|---|
| Citizenship: | United States **X** | Mexican ____ | Other ____ | |
| Interpreter Needed: | Yes **X**  No ____ | Language **Spanish** | | |
| Defense Attorney: | _____ | Employed ____ | | |
| Address of Attorney: | _____ | Appointed ____ | | |
| Defendant is: | In Jail **X** | Where: **Bastrop County Jail** | | |
| | On Bond ____ | Amt. of Bond ____ | Where: ____ | |
| Date of Arrest: | **6/12/2012** | Bench Warrant Needed **No** | | |

| | | |
|---|---|---|
| Prosecution By: | Information ____ | Superseding Indictment **X** |
| Offense (Code & Description): | **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments** | |
| Offense Is: | Felony **X** | Misdemeanor ____ |
| Maximum Sentence: | **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA** | |
| Penalty is Mandatory: | As to special assessment  Yes **X**  No ____ | |
| Remarks: | **Case Agent: FBI - Scott Lawson** | |

Sealed **X**

Unsealed _____

Personal Data Sheet    USAO# **2010R19356**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO

CASE NO. _____

County: **TRAVIS**        **AUSTIN**    Division        Judge: **Sparks**

Date: **12/04/2012**    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: **A-12-CR-210 SS**    Assistant U. S. Attorney: **Douglas W. Gardner**

Defendant: **ZULEMA TREVINO (4)**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States **X**    Mexican _____    Other _____

Interpreter Needed:    Yes _____    No _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____    Where: _____

On Bond **X**    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed **No**

Prosecution By:    Information _____    Superseding Indictment **X**

Offense (Code & Description): **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:    Felony **X**    Misdemeanor _____

Maximum Sentence: **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:    As to special assessment    Yes **X**    No _____

Remarks: **Case Agent: FBI - Scott Lawson**

Sealed        **X**

Unsealed      _____

Personal Data Sheet     USAO#  **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____  SSN: _____ | FBI#: | _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **CARLOS MIGUEL NAYEN BORBOLLA (5)** AKA "CARLITOS" AND "PILOTOS" | Date of Birth: | **REDACTED** | |

Address: _____

Citizenship:   United States _____   Mexican **X**   Other _____

Interpreter Needed:  Yes **X**   No _____   Language **Spanish**

Defense Attorney: _____   Employed _____

Address of Attorney: _____   Appointed _____

Defendant is:   In Jail **X**   Where: **Bastrop County Jail**

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: **6/12/2012**     Bench Warrant Needed **No**

Prosecution By:    Information _____   Superseding Indictment **X**

Offense (Code & Description): **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:   Felony **X**   Misdemeanor _____

Maximum Sentence: **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:   As to special assessment   Yes **X**   No _____

Remarks:   **Case Agent: FBI - Scott Lawson**

Sealed      **X**

Unsealed    _____

Personal Data Sheet        USAO#  **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____  SSN: _____ | FBI#: | _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **FRANCISCO ANTONIO COLORADO CESSA (6)** AKA "PANCHO" | Date of Birth: | **REDACTED** | |

Address: _____

Citizenship:    United States _____    Mexican **X**    Other _____

Interpreter Needed:    Yes **X**    No _____    Language **Spanish**

Defense Attorney: _____        Employed _____

Address of Attorney: _____        Appointed _____

Defendant is:    In Jail **X**    Where: **Bastrop County Jail**

                On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: **6/14/2012**        Bench Warrant Needed **No**

Prosecution By:    Information _____    Superseding Indictment **X**

Offense (Code & Description):    **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:    Felony **X**    Misdemeanor _____

Maximum Sentence:    **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:    As to special assessment    Yes **X**    No _____

Remarks:    **Case Agent: FBI - Scott Lawson**

| Sealed | **X** | | |
|---|---|---|---|
| Unsealed | | Personal Data Sheet | USAO# **2010R19356** |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

RELATED CASE ___ YES **X** NO
CASE NO. _____

| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
|---|---|---|---|---|
| Date: | **12/04/2012** | Mag Ct.# _____ SSN: _____ | FBI#: | _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |

Defendant: **FERNANDO SOLIS GARCIA (7) AKA "FREDDY"**   Date of Birth: **REDACTED**

Address: _____

| Citizenship: | United States _____ | Mexican _____ | Other _____ |
|---|---|---|---|
| Interpreter Needed: | Yes **X** No _____ | Language **Spanish** | |
| Defense Attorney: | _____ | Employed _____ | |
| Address of Attorney: | _____ | | Appointed _____ |

| Defendant is: | In Jail _____ | Where: _____ | |
|---|---|---|---|
| | On Bond _____ | Amt. of Bond _____ | Where: _____ |
| Date of Arrest: | _____ | Bench Warrant Needed | **No** |

Prosecution By:   Information _____   Superseding Indictment **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:   Felony **X**   Misdemeanor _____

Maximum Sentence:   **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:   As to special assessment   Yes **X**   No _____

Remarks:   **Case Agent: FBI - Scott Lawson**

| | | | |
|---|---|---|---|
| Sealed | **X** | | |
| Unsealed | _____ | Personal Data Sheet    USAO# **2010R19356** | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO
CASE NO. _____

County: **TRAVIS**           **AUSTIN** Division           Judge: **Sparks**

Date: **12/04/2012**    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: **A-12-CR-210 SS**           Assistant U. S. Attorney: **Douglas W. Gardner**

Defendant: **VICTOR MANUEL LOPEZ (8)**           Date of Birth: **REDACTED**

Address: _____

Citizenship:       United States **X**       Mexican _____       Other _____

Interpreter Needed:   Yes ____   No ____       Language **X**

Defense Attorney: _____       Employed _____

Address of Attorney: _____       Appointed _____

Defendant is:    In Jail ____    Where: _____

                 On Bond ____   Amt. of Bond _____   Where: _____

Date of Arrest: _____       Bench Warrant Needed **No**

Prosecution By:           Information _____       Superseding Indictment **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:       Felony **X**       Misdemeanor _____

Maximum Sentence:   **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:    As to special assessment       Yes **X**       No _____

Remarks:   **Case Agent: FBI - Scott Lawson**

| | |
|---|---|
| Sealed | **X** |
| Unsealed | |

**Personal Data Sheet**      USAO# **2010R19356**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES **X** NO
CASE NO. _____

| | | | | | |
|---|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** | Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# | SSN: | FBI#: | |
| Case No.: | **A-12-CR-210 SS** | | Assistant U. S. Attorney: | **Douglas W. Gardner** | |

Defendant: **SERGIO ROGELIO GUERRERO RINCON (9)** AKA "EL NEGRO" AND "EL SALTILLO"

Date of Birth: **REDACTED**

Address: _____

| | | | | |
|---|---|---|---|---|
| Citizenship: | United States ___ | Mexican **X** | Other ___ | |
| Interpreter Needed: | Yes **X** | No ___ | Language **Spanish** | |
| Defense Attorney: | | | Employed | |
| Address of Attorney: | | | Appointed | |
| Defendant is: | In Jail ___ | Where: ___ | | |
| | On Bond ___ | Amt. of Bond ___ | Where: ___ | |
| Date of Arrest: | ___ | | Bench Warrant Needed | **No** |

Prosecution By:     Information ___     Superseding Indictment **X**

Offense (Code & Description): **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:     Felony **X**     Misdemeanor ___

Maximum Sentence: **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:     As to special assessment     Yes **X**     No ___

Remarks: **Case Agent: FBI - Scott Lawson**

Sealed        **X**

Unsealed      _____

Personal Data Sheet     USAO# **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES **X** NO
CASE NO. _____

| | | | |
|---|---|---|---|
| County: **TRAVIS** | **AUSTIN** Division | | Judge: **Sparks** |
| Date: **12/04/2012** | Mag Ct.# _____ | SSN: _____ | FBI#: _____ |
| Case No.: **A-12-CR-210 SS** | | Assistant U.S. Attorney: | **Douglas W. Gardner** |
| Defendant: **ADAN FARIAS (10)** | | Date of Birth: | **REDACTED** |

Address: _____

| | | | | | |
|---|---|---|---|---|---|
| Citizenship: | United States **X** | | Mexican _____ | | Other _____ |
| Interpreter Needed: | Yes _____ | No **X** | | Language _____ | |
| Defense Attorney: _____ | | | | Employed _____ | |
| Address of Attorney: _____ | | | | Appointed _____ | |

Defendant is: In Jail _____ Where: _____

On Bond **X** Amt. of Bond _____ Where: _____

Date of Arrest: _____                    Bench Warrant Needed **No**

Prosecution By:                 Information _____   Superseding Indictment **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:         Felony **X**     Misdemeanor _____

Maximum Sentence:  **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:  As to special assessment     Yes **X**    No _____

Remarks:  **Case Agent: FBI - Scott Lawson**

Sealed __X__

Unsealed ____

Personal Data Sheet    USAO# __2010R19356__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES  _X_ NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# ____ SSN: ____ | | FBI#: ____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | | **Douglas W. Gardner** |

Defendant: **EUSEVIO MALDONADO HUITRON (11) aka "Chevo"**    Date of Birth: **REDACTED**

Address: ____

Citizenship:  United States **X**    Mexican ____    Other ____

Interpreter Needed:  Yes **X**    No ____    Language **Spanish**

Defense Attorney: ____    Employed ____

Address of Attorney: ____    Appointed ____

Defendant is:  In Jail ____ Where: ____

On Bond **X**   Amt. of Bond ____   Where: ____

Date of Arrest: ____    Bench Warrant Needed **No**

Prosecution By:    Information ____    Superseding Indictment **X**

Offense (Code & Description):  **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:  Felony **X**    Misdemeanor ____

Maximum Sentence: **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:  As to special assessment    Yes **X**    No ____

Remarks:  **Case Agent: FBI - Scott Lawson**

Sealed      **X**

Unsealed  _____        Personal Data Sheet     USAO#  **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.#         SSN: | | FBI#: |

Case No.: **A-12-CR-210 SS**       Assistant U. S. Attorney: **Douglas W. Gardner**

Defendant: **FELIPE ALEJANDRO QUINTERO (13)**       Date of Birth: **REDACTED**

Address:

Citizenship:       United States  **X**       Mexican _____       Other _____

Interpreter Needed:   Yes _____   No **X**       Language _____

Defense Attorney: _____                           Employed _____

Address of Attorney: _____                        Appointed _____

Defendant is:   In Jail _____   Where: _____
                On Bond **X**  Amt. of Bond _____  Where: _____

Date of Arrest: _____                    Bench Warrant Needed  **Yes**

Prosecution By:                    Information _____    Superseding Indictment  **X**

Offense (Code & Description): **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:        Felony  **X**        Misdemeanor _____

Maximum Sentence: **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:   As to special assessment       Yes **X**    No _____

Remarks:  **Case Agent: FBI - Scott Lawson**

Sealed          **X**

Unsealed  _____        Personal Data Sheet          USAO#   **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X** NO
CASE NO. _____

| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |

Date:  **12/04/2012**   Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.:  **A-12-CR-210 SS**   Assistant U. S. Attorney:  **Douglas W. Gardner**

Defendant:  **RAUL RAMIREZ (14)**   Date of Birth:  **REDACTED**

Address: _____

Citizenship:   United States  **X**     Mexican _____     Other _____

Interpreter Needed:   Yes _____   No  **X**     Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:   In Jail _____   Where: _____
               On Bond  **X**   Amt. of Bond _____   Where: _____

Date of Arrest: _____    Bench Warrant Needed  **No**

Prosecution By:          Information _____     Superseding Indictment  **X**

Offense (Code & Description):  **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:   Felony  **X**    Misdemeanor _____

Maximum Sentence:  **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:   As to special assessment   Yes  **X**   No _____

Remarks:  **Case Agent: FBI - Scott Lawson**

Sealed     **X**
Unsealed   _____

Personal Data Sheet     USAO#   **2010R19356**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X** NO
CASE NO. _____

| | | | |
|---|---|---|---|
| County: **TRAVIS** | **AUSTIN** Division | | Judge: **Sparks** |
| Date: **12/04/2012** | Mag Ct.# _____ | SSN: _____ | FBI#: _____ |
| Case No.: **A-12-CR-210 SS** | | Assistant U.S. Attorney: | **Douglas W. Gardner** |
| Defendant: **LUIS GERARDO AGUIRRE (15)** | | Date of Birth: | **REDACTED** |

Address: _____

Citizenship:   United States _____   Mexican **X**   Other _____
Interpreter Needed:   Yes **X**   No _____   Language **Spanish**
Defense Attorney: _____   Employed _____
Address of Attorney: _____   Appointed _____

Defendant is:   In Jail _____   Where: _____
                On Bond _____   Amt. of Bond _____   Where: _____
Date of Arrest: _____   Bench Warrant Needed **No**

Prosecution By:   Information _____   Superseding Indictment **X**
Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**
Offense Is:   Felony **X**   Misdemeanor _____
Maximum Sentence:   **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**
Penalty is Mandatory:   As to special assessment   Yes **X**   No _____
Remarks:   **Case Agent: FBI - Scott Lawson**

Sealed **X**

Unsealed _____

Personal Data Sheet    USAO# **2010R19356**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____   SSN: _____ | FBI#: | |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **ERICK JOVAN LOZANO DIAZ (16)** | Date of Birth: | **REDACTED** | |

Address: _____

Citizenship:     United States _____     Mexican _____     Other _____

Interpreter Needed:     Yes **X**     No _____     Language **Spanish**

Defense Attorney: _____     Employed _____

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____

 On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed **Yes**

Prosecution By:     Information _____     Superseding Indictment **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:     Felony **X**     Misdemeanor _____

Maximum Sentence:   **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:     As to special assessment     Yes **X**     No _____

Remarks:   **Case Agent: FBI - Scott Lawson**

Sealed          **X**

Unsealed        _____           Personal Data Sheet       USAO#    **2010R19356**
                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF TEXAS

                                            RELATED CASE____YES  **X**  NO
                                            CASE NO._____

County:   **TRAVIS**          **AUSTIN**    Division         Judge:   **Sparks**

Date:     **12/04/2012**      Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.:  **A-12-CR-210 SS**         Assistant U. S. Attorney:   **Douglas W. Gardner**

Defendant:   **GERARDO GARZA QUINTERO (17)**        Date of Birth:   **REDACTED**

Address: _____

Citizenship:      United States _____      Mexican _____      Other _____

Interpreter Needed:   Yes  **X**    No _____      Language  **Spanish**

Defense Attorney: _____          Employed _____

Address of Attorney: _____                Appointed _____

Defendant is:    In Jail _____   Where: _____

                 On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____          Bench Warrant Needed   **No**

Prosecution By:                    Information _____    Superseding Indictment  **X**

Offense (Code & Description):   **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:           Felony  **X**         Misdemeanor _____

Maximum Sentence:  **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:   As to special assessment      Yes  **X**      No _____

Remarks:   **Case Agent: FBI - Scott Lawson**

Sealed      **X**

Unsealed    _____

Personal Data Sheet     USAO#    **2010R19356**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES  **X** NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____ SSN: _____ | FBI#: | _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **JESUS MALDONADO HUITRON (18)** | Date of Birth: | **REDACTED** | |

Address: _____

| Citizenship: | United States _____ | Mexican _____ | Other _____ |
|---|---|---|---|
| Interpreter Needed: | Yes **X**   No _____ | Language | **Spanish** |
| Defense Attorney: | _____ | Employed | _____ |
| Address of Attorney: | _____ | Appointed | _____ |

Defendant is:  In Jail _____  Where: _____
               On Bond _____  Amt. of Bond _____  Where: _____

Date of Arrest: _____              Summons Needed  **Yes**

Prosecution By:            Information _____    Superseding Indictment **X**

Offense (Code & Description):  **Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments**

Offense Is:   Felony **X**   Misdemeanor _____

Maximum Sentence:  **Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA**

Penalty is Mandatory:  As to special assessment    Yes **X**   No _____

Remarks: **Case Agent: FBI - Scott Lawson**

| | | | | |
|---|---|---|---|---|
| Sealed | **X** | | | |
| Unsealed | _____ | Personal Data Sheet | USAO# | **2010R19356** |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE ____ YES  **X**  NO
CASE NO. _____

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | **Sparks** |
| Date: | **12/04/2012** | Mag Ct.# _____  SSN: _____ | FBI#: | _____ |
| Case No.: | **A-12-CR-210 SS** | Assistant U. S. Attorney: | **Douglas W. Gardner** | |
| Defendant: | **ALEXANDRA GARCIA TREVINO (19)** | Date of Birth: | **REDACTED** | |
| Address: | | | | |
| Citizenship: | United States _____ | Mexican _____ | Other _____ | |
| Interpreter Needed: | Yes _____  No **X** | Language _____ | | |
| Defense Attorney: | _____ | Employed _____ | | |
| Address of Attorney: | _____ | Appointed _____ | | |
| Defendant is: | In Jail _____  Where: _____ | | | |
| | On Bond _____  Amt. of Bond _____  Where: _____ | | | |
| Date of Arrest: | _____ | Summons Needed **Yes** | | |

| | |
|---|---|
| Prosecution By: | Information _____  Superseding Superseding **X** |
| Offense (Code & Description): | Count 1: 18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments |
| Offense Is: | Felony **X**  Misdemeanor _____ |
| Maximum Sentence: | Count 1: Not more than 20 yrs imprisonment; Maximum $500K or 2x the amount of laundered funds, or both; maximum 3 yrs TSR; $100 SA |
| Penalty is Mandatory: | As to special assessment  Yes **X**  No _____ |
| Remarks: | Case Agent: FBI - Scott Lawson |