hery
**The love of my life!**
hey
**alexandratrvn**
hey hot stuff
**The love of my life!**
>.>
**alexandratrvn**
12/3/09 11:46 PM
ok soooooooooo
**The love of my life!**
i sold all my gold
**alexandratrvn**
wat!
**alexandratrvn**
where
**alexandratrvn**
?
**The love of my life!**
its dropping
**The love of my life!**
so mise well sell it
**The love of my life!**
im mining again
**The love of my life!**
lol
**alexandratrvn**
fantastic
**The love of my life!**
?
**alexandratrvn**
lol
**alexandratrvn**
nothing
**alexandratrvn**
hey
**The love of my life!**
hi
**alexandratrvn**
wat r ur plans for tomorrow?
**The love of my life!**
not go to some dumb party?
**alexandratrvn**
ummm wat?
**The love of my life!**
lol
**alexandratrvn**

wat party?

**The love of my life!**
I thought you wanted me to go to your cousins party or something

**alexandratrvn**
no.

**alexandratrvn**
to the movies lol

**The love of my life!**
okkk..

**The love of my life!**
what did u want to do

**alexandratrvn**
i wanted you to go to uta tomorrow with me

**The love of my life!**
why

**alexandratrvn**
i need to go return ur book >.<

**alexandratrvn**
aka i need your paper asap!

**alexandratrvn**
sigh

**The love of my life!**
Ok you will get the paper tommrow

**alexandratrvn**
but i dont want to drive out there by myself...

**The love of my life!**
ok

**alexandratrvn**
are you going to go with me

**The love of my life!**
Idc

**alexandratrvn**
idc or idk

**The love of my life!**
idc

**alexandratrvn**
early

**The love of my life!**
:/

**The love of my life!**
early?

**alexandratrvn**
nvm lol ill do it

**The love of my life!**
?

**alexandratrvn**

i dont want you to loose sleep
**The love of my life!**
I still got school you know..
**alexandratrvn**
oh wait true... ahhhh!!! >.< then ummm well go wen you get out of school?
**The love of my life!**
11
**alexandratrvn**
alright ill be there i havent made reservations :/ and i feel bad now... that your gonna spend so much on food
**The love of my life!**
..........
**The love of my life!**
where we going?
**alexandratrvn**
to the nick and sams place :/
**alexandratrvn**
right?
**The love of my life!**
If thats what you want
**alexandratrvn**
i would rather go to red lobster lol
**The love of my life!**
....
**alexandratrvn**
but going out downtown would be nice
**alexandratrvn**
y do u keep dotting me!!
**The love of my life!**
Cuz
**The love of my life!**
Babe i can get a 360 elite with 2 games for $100 should i do it?
**alexandratrvn**
were?
**alexandratrvn**
and sure if you want
**The love of my life!**
Adam at work
**The love of my life!**
Ever heard of dave and busters?
**alexandratrvn**
umm yes
**The love of my life!**
well he has this one game that hes really good at where he gets 150 tickets per play
**The love of my life!**

so if he spends 100 dollars for that game he gets enough for the 360

**The love of my life!**
He already got one for clara lol

**alexandratrvn**
oh well um go for it i guess

**The love of my life!**
idk its just 100 dollars tho

**The love of my life!**
Might sell it on craigslist lol

**The love of my life!**
make like 100 or 200 off it

**alexandratrvn**
wat if he doesnt get it

**The love of my life!**
why wouldnt he?

**alexandratrvn**
idk maybe they say no you already won? or he just doesnt win

**The love of my life!**
Lol

**The love of my life!**
If that was the case then he would give me my 100 back, adam is a cool guy

**The love of my life!**
Clara would fire him if he didnt :"d

**alexandratrvn**
fire him for you?

**The love of my life!**
....

**alexandratrvn**
nothing... so now your mining again?

**The love of my life!**
yea

**alexandratrvn**
how long are you gonna mine?

**The love of my life!**
idk :/

**The love of my life!**
i guess till gold rises up

**The love of my life!**
not sure if i wanna get 99 tho

**The love of my life!**
a least 90

**alexandratrvn**
in smithing?

**The love of my life!**
yea

**alexandratrvn**

y not 99?
**The love of my life!**
idk
**The love of my life!**
it cost alot
**The love of my life!**
so many ppl stop at 99 mining lol
**The love of my life!**
im already rank 3,323
**The love of my life!**

**alexandratrvn**
well thats good i guess lol the rank is awesome i mean you stopping lol im sure youll change your mind later
**The love of my life!**
huh
**The love of my life!**
im talking about my rank in mining
**The love of my life!**
my rank in smithing is 56k
**alexandratrvn**
i know i said that awesome lol im confused now
**The love of my life!**
i just got really bored of smithing :/ and i just wanted to sell the gold lol
**The love of my life!**
i like to see all the cash..
**alexandratrvn**
smithing was boring
**alexandratrvn**
but wat now? no 99 party with you and aaron?
**The love of my life!**
smithing would take wayyyyy longer then him getting 99 att
**The love of my life!**
that wasent going to happen anywayu
**alexandratrvn**
oh i didnt know that. im sure he would of waited for you
**The love of my life!**
lol
**The love of my life!**
idk what to do!!
**alexandratrvn**
ummm love me!!! lol idk just dont get on imvu! i would much rather perfer runescape ANYDAY! you could get on facebook and play uno with your gf and get owned!
**The love of my life!**
No fanks

**alexandratrvn**
ok then get on imvu
**The love of my life!**
no fanks
**alexandratrvn**
ummmm
**alexandratrvn**
idk then
**alexandratrvn**
......................
**alexandratrvn**
fanks?
**alexandratrvn**
thanks?
**The love of my life!**
cute voice for thanks
**The love of my life!**

**alexandratrvn**
aww i can hear you
**The love of my life!**
look what my mom emailed me
**The love of my life!**
Hello son of mine that can't seem to return a text message or even call me....how
are you and how was your Thanksgiving?  According to Alex's wall post, yall had
a good time.  That's good............

anyways,

I want to be able to give you half of the child support I get every two weeks.  For
awhile now, Alyssa has been getting the whole amount.  She has an ATM card
that's linked to my Credit Union account and every two weeks, she pulls out the
entire amount but I think it's only fair you get half.  I don't want it ever said that I'm
getting child support and my kids don't even live with me, so let's get this settled
asap.  Let me know how you want to handle getting half and we'll make
arrangements.
**The love of my life!**
Sounds like a scam to me, i mean wtf theres only a month left of child support
anyway, now she wants to be all kind?
**The love of my life!**
I told her no thanks, give it all to alyssa like you've always had
**The love of my life!**
have*
**alexandratrvn**
yea i cant believe she never gave you any!
**alexandratrvn**

its for two kids not one
**alexandratrvn**
bs!
**alexandratrvn**
thats wat i think
**The love of my life!**
whats alyssa's number do you know?
**alexandratrvn**
ummm let me see
**alexandratrvn**
is it a 903 number?
**The love of my life!**
no clue
**alexandratrvn**
i wonder she has a number on her facebook i wonder if thats it
**alexandratrvn**
she just updatedit
**alexandratrvn**
did she call you?
**alexandratrvn**
or txt you?
**alexandratrvn**
oh wait you delete it
**The love of my life!**
>.>
**alexandratrvn**
wat? ill give u the number she has if you want
**The love of my life!**
thats what i wanted?
**alexandratrvn**
huh?
**The love of my life!**
do you have her number or not?!
**alexandratrvn**
i have the number thats on her facebook idk if thats her cell tho!!
**alexandratrvn**
let me txt it
**alexandratrvn**
nope its not it
**alexandratrvn**
sorry
**The love of my life!**
how do u know lol
**alexandratrvn**
i txt it
**alexandratrvn**

maybe its her house?

**alexandratrvn**

idk

**alexandratrvn**

its not a cell number

**alexandratrvn**

wat r u gonna tell her

**The love of my life!**

I want to ask her if my mother has been giving her money

**The love of my life!**

Cuz my mom could be lieing

**alexandratrvn**

oh idk.. ill get her number if you want or tell her to txt you...

**alexandratrvn**

the next time shes on

**The love of my life!**

k

**alexandratrvn**

are you going to bed soonm?

**The love of my life!**

She has an ATM card that's linked to my Credit Union account and every two weeks, she pulls out the entire amount

**The love of my life!**

Why did she need to say that?

**The love of my life!**

seems like she wants to be linked to my acc so she can do what she did with wachovia..

**alexandratrvn**

idk baby...  i mean you told her you dont want anything to do with it... i just told her to txt you... shes on fb mobile..

**The love of my life!**

k

**alexandratrvn**

thats so weird that shes hasnt been giving you any money y now?

**The love of my life!**

thats what im wondering

**The love of my life!**

theres only a month left anyway.

**alexandratrvn**

well you keep getting it aslong as you stay in school

**alexandratrvn**

thats y ur sister keeps getting it

**The love of my life!**

my dad is stopping it when i turn 18

**alexandratrvn**

y cause u live with him

**The love of my life!**
Well yea no point in paying my mother if i dont live with her
**The love of my life!**
I think hes stopping alyssas 2
**alexandratrvn**
true nd its not like you got the money anyways and y?
**The love of my life!**
He shouldnt pay for her
**The love of my life!**
Well
**The love of my life!**
Pay for my mom cuz she dont even live with her
**The love of my life!**
I doubt that my mother has been giving my sister money, thats why i want to ask alyysa
**The love of my life!**
alyssa
**alexandratrvn**
yea well i told her to txt you so she knows
**alexandratrvn**
so r we gonna get u clothes?
**alexandratrvn**
my dress is black and purple
**The love of my life!**
i just need a shirt i guess
**alexandratrvn**
american eagle has button up shirts
**The love of my life!**
stripped?
**The love of my life!**
are they nie?
**The love of my life!**
nice
**alexandratrvn**
look online
**alexandratrvn**
lol
**The love of my life!**
did you find out how much the place was?
**alexandratrvn**
ummm they said 30 and up :/
**The love of my life!**
that seems really cheap
**alexandratrvn**
well dont be fooled lol cause some of th reviews i read were like its expensive bla bla bla

**alexandratrvn**
idk
**The love of my life!**
can you send me link again?
**alexandratrvn**
on the website it says 50+
**alexandratrvn**
for the restaurant?
**The love of my life!**
?
**alexandratrvn**
wat link/
**The love of my life!**
what u talking about 50+
**The love of my life!**
the link to the site
**alexandratrvn**
http://www.nick-sams.com/
**The love of my life!**
Hopefully you can make reservations for sat
**The love of my life!**
if its to late..
**alexandratrvn**
wat time!!
**alexandratrvn**
make them now
**The love of my life!**
it dosent matter
**The love of my life!**
dont you got to call them
**alexandratrvn**
no you can do them online
**alexandratrvn**
put them in your name
**alexandratrvn**
itll be cute
**alexandratrvn**

**alexandratrvn**
table for two  cameron rossetti
**alexandratrvn**
sounds neat
**alexandratrvn**

**The love of my life!**
todays firday

**The love of my life!**
so for the 4th
**The love of my life!**
5th
**alexandratrvn**
5th yes
**The love of my life!**
what time
**The love of my life!**
600? 630?
**alexandratrvn**
umm either... idk
**alexandratrvn**
we have to leve earlier tho
**alexandratrvn**
wat color shirt do you want?
**The love of my life!**
purple
**The love of my life!**

**alexandratrvn**
lol solid?
**alexandratrvn**
or stripped?
**The love of my life!**
stripped
**alexandratrvn**
hmm
**The love of my life!**
Thank you. Your reservation has been confirmed.  Nick & Sam's
3008 Maple Avenue
Saturday, December 5, 2009 6:30 PM

Party of 2
Nick & Sam's
3008 Maple Avenue
Dallas, TX 75201
**alexandratrvn**

**The love of my life!**
Call them tommrow just to make sure.
**alexandratrvn**
alrighty i will and if i cant find purple
**The love of my life!**
(214) 871-7444
**The love of my life!**

There is a dress code lmao, buisness or casual
**The love of my life!**
=D
**alexandratrvn**
theres a dress code lol
**alexandratrvn**
do you want to see my dress?
**The love of my life!**
Babe you always wanted me to take you to a fancy resturant!!
**The love of my life!**
No i want you to suprise me
**alexandratrvn**
alright good lol too bad your not gonna be able to take my dress off
**The love of my life!**
=P
**alexandratrvn**
and im excited  saturday is going to be awesome!! baby i cant find a purple one at buckle or ae
**alexandratrvn**
theirs black ones
**The love of my life!**
black is fin3
**The love of my life!**
ine
**The love of my life!**
fine
**The love of my life!**
omfg
**The love of my life!**
and i dont want from buckle they are to much..
**alexandratrvn**
no their like 40 something and their pretty neat..
**The love of my life!**
thats not bad
**alexandratrvn**
ook at them lol
**alexandratrvn**
its cause the things i like you dont lol
**alexandratrvn**
i can use 50 dollars at buckle on my card cause that all i have available
**The love of my life!**
send me link
**alexandratrvn**
http://www.buckle.com/product/product_detail.jsp?bmUID=1259908847338&prd=69590534451207&sku=4894840100&N=42+26+381+203
**alexandratrvn**

http://www.buckle.com/product/product_detail.jsp?bmUID=1259908847239&prd=37910W003GK&sku=4095080200&N=42+26+381+203

**alexandratrvn**

http://www.buckle.com/product/product.jsp?bmUID=1259908804981&Ne=201&N=42+26+381&expandNav=Price there are the 25 to 50 dollar ones lol

**alexandratrvn**

wait nvm no their not lol

**alexandratrvn**

just on the side put shop by price and put 25 to 50 lol

**alexandratrvn**

im a terrible shopper

**The love of my life!**

i like the first one

**alexandratrvn**

seriously lol

**alexandratrvn**

i thought you were gonna say no lol

**The love of my life!**

Na i like it

**The love of my life!**

its smple

**The love of my life!**

now good luck finding it at the store

**alexandratrvn**

ill call in the morning

**The love of my life!**

and am i gonna wear jeans?

**alexandratrvn**

they can check umm idk you can buy some pants at ae if you want some slacks

**alexandratrvn**

or jeans would do?

**The love of my life!**

jeans would do

**alexandratrvn**

you wearing vans?

**The love of my life!**

i want some nice jeans

**alexandratrvn**

from?

**alexandratrvn**

ae?

**alexandratrvn**

lol

**The love of my life!**

yea

**alexandratrvn**

look at them online now and ill get them for you
**The love of my life!**
your not getting the shirt?
**The love of my life!**
which one are you getting
**alexandratrvn**
if you want or if not we can get them tomorrow
**alexandratrvn**
umm both?
**The love of my life!**
no?!
**alexandratrvn**
i can put the shirt on my card and the jeans on my card?
**alexandratrvn**
the jeans wil be 40% off
**The love of my life!**
ok fine
**The love of my life!**
i want some cool shoes
**The love of my life!**
that i see men wear all the time
**The love of my life!**

**alexandratrvn**
how much are they lol
**alexandratrvn**
expensive!
**The love of my life!**
no clue
**The love of my life!**
like the shes that are formal but not shiny
**The love of my life!**
and they are square at the top
**The love of my life!**
we can go to mens warehouse while we are at the mall"?
**alexandratrvn**
yea
**The love of my life!**
k _
**alexandratrvn**
sounds like we got a plan
**alexandratrvn**
wat mall are we going to?
**The love of my life!**
town east i guess
**The love of my life!**

unless you want to go to a nice mall

**alexandratrvn**

we should go to galleria! cause ima drive to mckinney then we can stop at galleria do some shopping thennnn go to uta.. right?

**The love of my life!**

yea

**alexandratrvn**

theirs a buckle at northpark so we should go their its on the way to uta

**alexandratrvn**

on 75

**The love of my life!**

galleria dosent?

**alexandratrvn**

nope it opens next year

**The love of my life!**

then we mise well go to northpark not galleria

**alexandratrvn**

thats wat im saying lol

**alexandratrvn**

 baby

**alexandratrvn**

please please please please do me a favor!

**The love of my life!**

what

**alexandratrvn**

remind me to make sure that i have alll the books please

**The love of my life!**

make a list right now

**The love of my life!**

and stick it to your door

**The love of my life!**

books call resturant

**The love of my life!**

andw/e else you need to do

**alexandratrvn**

make sure i have my ae card and buckle card and my discount card for ae... yea i shall make a list

**alexandratrvn**

its 5 books..

**alexandratrvn**

i need to finish you paper

**alexandratrvn**

oh man its gonna be one of those weekends lol

**The love of my life!**

you have sunday

**alexandratrvn**

ima be likee this by monday
**The love of my life!**
?
**alexandratrvn**
nothing lol im being silly.. well i need to go to bed!! cause its 2 and i have to be
up at 6 to get the kids ready.. since pepes not here and i need to leave my mom
a note that i need gas money and tellling her wat all ima be doing tomorrow! im
excited  lol we have a day planned. which is crazy awesome! lol
**alexandratrvn**
i meant its 1 lol
**The love of my life!**
should i get a haircut?
**alexandratrvn**
oh man!! i need to get my eyebrows done >.<
**alexandratrvn**
i totally forgot..
**The love of my life!**
lol
**The love of my life!**
I guess ill go after school
**The love of my life!**
what time you picking me up tommro
**The love of my life!**
tommrow
**alexandratrvn**
but thats only 5 dollars... and umm wen your done with you haircut? maybe
**alexandratrvn**
how long does it take?
**The love of my life!**
idk
**The love of my life!**
30 mins?
**alexandratrvn**
ok then u said u get out at 11 right?
**The love of my life!**
yea
**The love of my life!**
just be here at 12?
**alexandratrvn**
so ill leave my house... yea thats wat i was going to say lol but detailed .... u just
saved me the trouble..
**alexandratrvn**
alrighty then we got a busy day tomorrow.. any ways!! how much did you get
paid?
**The love of my life!**
i have 275

**alexandratrvn**
alright.. i was like hes talking about getting shoes and haircut?!?!?!?!?! good thing i have an ae and buckle card
**The love of my life!**
yea lol
**alexandratrvn**
and my victoria secret one  lets go to bed!!!!!!!!!!!!!
**The love of my life!**
200 should be plently for the resturant right? cuz even if the plates are 60 each
**The love of my life!**
thats oly 120
**alexandratrvn**
yea it should be
**alexandratrvn**
and i hope their not that much
**The love of my life!**
i want a steak
**The love of my life!**
me will be
**The love of my life!**

**The love of my life!**
oh and cheescake
**alexandratrvn**
if anything it will be that much if we get an appetizer and dessert...
**The love of my life!**
i saw a pick
**The love of my life!**
pic
**The love of my life!**
:/
**alexandratrvn**
of the cheesecake!!
**alexandratrvn**
i saw it!!
**The love of my life!**
NOM NOM NOM!!
**alexandratrvn**
it looks yummy
**alexandratrvn**
nom?
**alexandratrvn**
lol
**alexandratrvn**
wat?
**The love of my life!**

Thats the eating noice!!

**The love of my life!**
NOM NOM NOM!!

**alexandratrvn**
lol really? i just learned something new lol

**The love of my life!**
....

**alexandratrvn**
nom nom nom ima do that wen i eat

**The love of my life!**
Pig

**The love of my life!**
O.o

**alexandratrvn**
no! u called me pig tho >.<

**The love of my life!**
Babe lets face it, we do need money to be happy lol

**alexandratrvn**

**The love of my life!**
Its otay tho

**The love of my life!**

**alexandratrvn**
well were gonna have money!

**The love of my life!**
Cuz sunday is gonna be awesome

**The love of my life!**
woot wot

**alexandratrvn**
sunday?

**The love of my life!**
i mean

**The love of my life!**
sat!!

**alexandratrvn**
u mean saturday lol

**alexandratrvn**
baby

**The love of my life!**
thats the sanchas day

**The love of my life!**
soz

**alexandratrvn**
>.<

**The love of my life!**

=D
**alexandratrvn**
let me go get her!
**alexandratrvn**
can i tell you something
**alexandratrvn**

**The love of my life!**
Yes
**alexandratrvn**
we got it made if this business goes good. my dad finally got a company going
and made his will leaving us as the first ones to get everything and put me in
charge of  handling finances and something else.. because he said i have a good
head on my shoulders and he trust me.. idk he told me not to go to school the
other day... its weird... but i just wanted to put that out there....  idk how you feel
about all this
**alexandratrvn**
but i think its a good thing.
**alexandratrvn**
idk
**The love of my life!**
I can run a buisness
**The love of my life!**
X D
**alexandratrvn**
yup yup.
**The love of my life!**
Nick and sams sent me another reminder about my reservation lol
**alexandratrvn**
right now?
**The love of my life!**
yea
**The love of my life!**
thats two already
**The love of my life!**
=P
**alexandratrvn**
oh AND we got land!! lol my dad said hes going to build each one of his kids a
house just incase
**The love of my life!**
wtf
**The love of my life!**
all on the same land?
**The love of my life!**
no fanks.
**alexandratrvn**

umm no baby lol
**The love of my life!**
can he build ours in colorado pl0x?
**alexandratrvn**
ill tell him i think they might have a race out there so ill be sure to bring it up
**The love of my life!**
O.o
**alexandratrvn**
or no he knows someone down their
**alexandratrvn**
idk
**alexandratrvn**
but either way it goes lol
**The love of my life!**
But hes not gonna die anytime soon babe
**The love of my life!**
which means ima still have to be a cop :/
**The love of my life!**
And wtf r u gonna do if you dont go to school
**alexandratrvn**
hey you dont know that lol i am going to school!!
**alexandratrvn**
im not gonna quit!
**The love of my life!**
And the horse will die pretty soon
**The love of my life!**
We can just make another one..
**alexandratrvn**
ummmmm the horse is 2 years old lol
**The love of my life!**
They dont live very long!!
**alexandratrvn**
they have a life expectancy of 25 to 30!
**The love of my life!**
theya rent humans!
**The love of my life!**
"expectancy":
**The love of my life!**
IT could break a leg then its done!!
**The love of my life!**
how the f are we gonna get another horse?!
**alexandratrvn**
it already broke a leg and they are going to make baby tempting dashes  mix it
with a winning lady horse
**alexandratrvn**
make good horses

**The love of my life!**
can i name one lucky
**The love of my life!**
and another one sea biscuit
**alexandratrvn**
yes! i promise as soon the babies start popping ill tell you
**alexandratrvn**
baby! i want you to be involved! the more your involved the awesomer its going to be!
**The love of my life!**
can i name one lightning mcqueen?
**alexandratrvn**
 you sound like oscar!!! he told my dad that
**The love of my life!**
Or how about a girl horse we can name her lady gaga
**The love of my life!**

**alexandratrvn**
hes buying them ponys  lol oh yes!!! lady gaga it is!
**The love of my life!**
Mabye just lady dash
**alexandratrvn**
i like lady dash i dont recall their being a lady dash in the family tree thing
**The love of my life!**
theres going to be now!!
**The love of my life!**
im suprised all your stupid aunts arent trying to get their hands on thiss
**The love of my life!**
cuz if pepe does then rachel will
**The love of my life!**
then there goes the hole family involved..
**alexandratrvn**
yes their is! they are trying trust me! licha was over here telling my dad that she would clean the horses feet my dad was like wtf?
**The love of my life!**
Thats pathetic..
**alexandratrvn**
and no. pepe is very reserved wen it comes to the horse thing... he wants to keep it between this family
**The love of my life!**
Gimi 10k and ill clean the horses feet!!
**The love of my life!**
Like she even deserves it
**alexandratrvn**
lol baby the trainer is paid 50k
**alexandratrvn**

idk people in our family are mad
**The love of my life!**
Good
**The love of my life!**
Kinda
**The love of my life!**
Whos the b that dosent work but always wants money?
**The love of my life!**
is that jazmines mom?
**alexandratrvn**
saying that licha should of gotten this.. becasue she needs a break.. and yea.. she has NEVER worked!
**alexandratrvn**
they gave her her house!
**alexandratrvn**
her truck
**alexandratrvn**
and basically everything!
**The love of my life!**
Can we disown her from the family please?
**alexandratrvn**
licha is the one that cries...
**alexandratrvn**
they gave licha her house too
**alexandratrvn**
but its in rachels name so once she turns 18 she can kick her mom out
**The love of my life!**
She wouldnt
**The love of my life!**
would she?
**alexandratrvn**
yea i know... but she has the option
**The love of my life!**
Im sorry i just cant stand ppl who dont work but want all this stuff
**The love of my life!**
Makes me mad when these ppl come in with food stamps and wc
**The love of my life!**
i just want to slap them
**alexandratrvn**
idk i think they choose the right family to give this business to. i know my family isnt perfect but we are hard workers
**The love of my life!**
Cuz they buy stuff they dont even need like candy and shit
**alexandratrvn**
with food stamps they can buy candy! thats pathetic!
**The love of my life!**

O.o did i tell you i had a dude come in that was a survivor of the titanic

**The love of my life!**
Yea its food.

**alexandratrvn**
>.< really! did he tell you!

**alexandratrvn**
that is so cool

**The love of my life!**
Nothing really he just told me he was on their

**The love of my life!**
Didnt really think much of it then

**The love of my life!**
this was a couple weeks ago

**alexandratrvn**
just randomly?

**alexandratrvn**
he tol dyou

**The love of my life!**
We were talking

**The love of my life!**
Cuz he was talking about the wars hes been in

**The love of my life!**
And i was talking about my gpa

**alexandratrvn**
oh. thats neat. he must of been old

**The love of my life!**
yea

**The love of my life!**
I had my favorite old little lady come in today

**The love of my life!**
Shes so awesome and old

**The love of my life!**
and british

**The love of my life!**
=P

**alexandratrvn**
the one that your always talking about?

**The love of my life!**
yes

**The love of my life!**
She got out of the car when i was getting carts and goes bloody hell its nippy out
here

**The love of my life!**
i was like omfg!

**alexandratrvn**
lol that sounds cool

**alexandratrvn**
i would of smiled
**The love of my life!**
Shes so sweet
**The love of my life!**
Ur mad
**alexandratrvn**
no lol
**alexandratrvn**
i think its awesome
**The love of my life!**
im kidding!
**The love of my life!**
k good
**alexandratrvn**
lol (im really laughing)
**The love of my life!**
then wont tell your about the two hot girls that always come through my line
**alexandratrvn**
oh wat ever lol its ok. ur mine
**The love of my life!**
>.>
**alexandratrvn**
and ur taking me out to dinner! so look all you want!
**The love of my life!**
clara was talking about how me and andrew are the only cute guys their so all
the people go through our line
**The love of my life!**
And dont get mad
**The love of my life!**
>.>
**alexandratrvn**
good business? maybe? i have guys try to hit on me all the time wen i ring.. its
hilarious joe said he cant put me on register cause every time i ask for a
customers number they tell me to keep it..
**The love of my life!**
mmmmhhhhmmmmm
**alexandratrvn**
so i do floorsets  i will rather be working after or before hours... i dont like it wen
people hit on me it makes me uncomfortable
**The love of my life!**
Thats just mesquite
**The love of my life!**
They are all desperate there
**alexandratrvn**
ok?

**The love of my life!**
ur mad
**alexandratrvn**
no kinda confused lo
**alexandratrvn**
l
**The love of my life!**
Its only in mesquite that that happens
**The love of my life!**
Malls here its not really like that..
**alexandratrvn**
no i worked at northpark and the same thing happened lol
**alexandratrvn**
its like that everywhere
**The love of my life!**
/cough concieted
**alexandratrvn**
umm no
**alexandratrvn**
im not at all
**The love of my life!**
andrew has a friend that works at the mall and he said she never gets hit on
**alexandratrvn**
? is she pretty
**The love of my life!**
Yes
**The love of my life!**
if she was ugly i wouldnt even have brought it up?
**The love of my life!**
lol
**alexandratrvn**
where does she work
**The love of my life!**
Some clothes store idk!
**The love of my life!**
you want me to get her number 2?
**alexandratrvn**
it depends idk... and no y would i want that
**The love of my life!**
=
**The love of my life!**
=P
**The love of my life!**
how does it depend
**The love of my life!**
people are people

**The love of my life!**
a mall is a mall
**The love of my life!**
hiting on a chick is the same no matter where you are at
**alexandratrvn**
maybe i just work on the bad days... exactly baby! wat makes the people at
mesquite any different from those at galleria or north park!
**alexandratrvn**
and i win!
**The love of my life!**
Cuz they are ghetto
**The love of my life!**
I win
**alexandratrvn**
lol
**alexandratrvn**
aw man
**alexandratrvn**
oh well maybe the girl is white and she works at a lame store
**The love of my life!**
People down there dont care about respect
**The love of my life!**
or women
**The love of my life!**
they just want to get in their pants
**alexandratrvn**
people are like that everywhere!
**The love of my life!**
lol
**The love of my life!**
not really
**The love of my life!**
not in africa
**The love of my life!**
cuz they know they will get aids
**The love of my life!**
i win
**The love of my life!**
again.
**alexandratrvn**
wow lol
**alexandratrvn**
ok u win
**alexandratrvn**
ill let you
**alexandratrvn**

cause we can be at this all night
**The love of my life!**
no you dont let me
**The love of my life!**
i win
**The love of my life!**
cuz of fact
**The love of my life!**
and awesomeness
**alexandratrvn**
awesomeness!
**The love of my life!**

**alexandratrvn**
are you trying to say your awesomer than me?
**The love of my life!**
No
**The love of my life!**
Im awesomeist
**alexandratrvn**
lol
**alexandratrvn**

**alexandratrvn**
i laught
**alexandratrvn**
laugh*
**The love of my life!**
fail.
**alexandratrvn**
ok
**The love of my life!**
you get and "E" for effort tho
**alexandratrvn**
an AAAAAAA
**alexandratrvn**
Mr. I didnt know a D was passing!
**The love of my life!**
Oh wow i didnt know it was spelled Affort
**alexandratrvn**
and its not! its spelled effort!
**The love of my life!**
Somebody needs to go back to highschool!
**The love of my life!**
I know its spelled efford thats when its and e for effort no an a!!!!
**alexandratrvn**

those are some harsh words!

**The love of my life!**
And letters

**alexandratrvn**
ok you win again cause of facts

**The love of my life!**
Some where letters

**The love of my life!**
and puncuation.

**The love of my life!**
And awesomeness.

**alexandratrvn**
oh man im never going to win lol

**The love of my life!**
Mabye i should be the president

**The love of my life!**

**alexandratrvn**
and ill be your first lady

**The love of my life!**
babe 911 was a set up

**alexandratrvn**
wat!

**alexandratrvn**
how do you know

**The love of my life!**
All like the important people, like people in the white house and pentagon cancled all their flights the week before

**The love of my life!**
why would hey do that?

**alexandratrvn**
really where did you find that out?

**The love of my life!**
you see these

**The love of my life!**
http://www.geekologie.com/2008/06/12/blackbox-mod-1.jpg

**alexandratrvn**
flight recorder?

**The love of my life!**
these are in every airplane, they are indistructable

**The love of my life!**
they didnt find them in the world trade cneters

**The love of my life!**
Yet they found the highjackers passport?

**The love of my life!**
They find a passport made out of a paper but not an indestructable box?

**alexandratrvn**
hmmm thats weird.. maybe it was a set up....
**alexandratrvn**
idk y they would do that tho.. kinda reminds me of 2012
**alexandratrvn**
were very uninformed....
**alexandratrvn**
wat made u look into 9/11 lol
**The love of my life!**
They said jet fuel caused the steel to melt and colapse
**The love of my life!**
Jet fuel burns at 800° to 1500°F, not hot enough to melt steel (2750°F).
**alexandratrvn**
so they lied
**The love of my life!**
Yes
**The love of my life!**
jet fuel is not hot enough to melt steel
**alexandratrvn**
hmmmm i wonder wat they are trying to do
**The love of my life!**
And a kid in speech gave his speech over this
**alexandratrvn**
did he say anythinga bout wat your saying?
**alexandratrvn**
or just the "facts" about 9/11
**The love of my life!**
yes he dd
**The love of my life!**
the towers fell in like a couple mins, other buldings have been hit by planes and
burned for over a day! but didnt collapse
**The love of my life!**
But yea, just thought id share that with you
**alexandratrvn**
thats crazy... makes you think.. idk the government is scary
**alexandratrvn**
and thanks  i feel edumacated
**The love of my life!**
http://us.mc320.mail.yahoo.com/mc/welcome?.gx=1&.tm=1259905295&.rand=7o
addh9g011ev#_pg=showFolder&fid=Inbox&order=down&tt=21&pSize=25&.rand
=1505482519&hash=fe0f9aaa55da63e298d5f108a22d7705&.jsrand=4134347
**alexandratrvn**
ummm?
**The love of my life!**
To go along with that, a lady that was in the bulding said she heard nermours
different explosions.

**alexandratrvn**
wat was that link?
**The love of my life!**
http://www.youtube.com/watch?v=w-0Ms7mId34
**alexandratrvn**
and they didnt find any sign of bombs right?
**The love of my life!**
idk
**alexandratrvn**
yea it had to be an explosion!
**alexandratrvn**
cause the plane went in.. and the building goes boom!
**The love of my life!**
http://www.youtube.com/watch?v=Sm73wOuPL60&feature=related
**alexandratrvn**
the plane was in their for a while before it collapsed
**alexandratrvn**
:0
**alexandratrvn**

**alexandratrvn**
thats crazy! they were in on it
**alexandratrvn**
had to be
**The love of my life!**
http://www.youtube.com/watch?v=VCvqXXnxLZw&feature=related
**The love of my life!**
he was such a bad president
**The love of my life!**
lol
**alexandratrvn**
yea not trying to be mean but he seems dumb
**The love of my life!**
oh and the pentagon didnt get hit by a plane
**alexandratrvn**
it didnt!
**The love of my life!**
the hole that was in the pentagon was no where near enough as big as a plane
**alexandratrvn**
he didnt even answer the guys ?!
**alexandratrvn**
i didnt even see pics or anything
**alexandratrvn**
i just heard that a plane crashed into it
**The love of my life!**
http://www.youtube.com/watch?v=RrKG8OOof1o

**alexandratrvn**
you think it was a conspiracy
**The love of my life!**
Yes
**alexandratrvn**
757?
**alexandratrvn**
is that a huge plane?
**The love of my life!**
yes
**The love of my life!**
thats the one we fly on
**alexandratrvn**
dang... the plane on the video looks really small
**alexandratrvn**
conspiracy... yes
**The love of my life!**
more like missle
**alexandratrvn**
yes i agree
**alexandratrvn**
this is scary
**alexandratrvn**
i mean whose safe?
**The love of my life!**
nobody
**alexandratrvn**
thats great.
**alexandratrvn**
sarcastically
**alexandratrvn**
how are we supposed to live a full long life wen we look at things like this and it
makes you think wtf?
**alexandratrvn**
baby your stuck with a scaredy cat
**The love of my life!**
I just dont understand why they would want to do that
**The love of my life!**
if infact our gov did do it
**alexandratrvn**
idk does anyone have any suggestions as to y they would do it?
**The love of my life!**
no
**The love of my life!**
well
**The love of my life!**

idk

**The love of my life!**
oh wait now i remember

**alexandratrvn**
wat?

**The love of my life!**
i remember nick telling me this

**The love of my life!**
He said the gov did this, so we could go to war with iraq and steal their oil

**alexandratrvn**
it sounds right... but is an oil man

**alexandratrvn**
oh i meant bush is an oil man

**The love of my life!**
why you say that

**alexandratrvn**
he owns an oil company

**The love of my life!**
oh

**alexandratrvn**
its said that he was going to make a deal with bin laden idk.. ms.york talked about it

**The love of my life!**
The names of the alleged hijackers, all ostensibly Muslims, were released to the public only hours after the attacks, despite Mueller saying we had no knowledge this would happen.

**The love of my life!**
still read

**The love of my life!**
lol

**The love of my life!**
reading

**alexandratrvn**
lol

**The love of my life!**
If he didn't know of a plan to strike buildings with planes, how would he know the names of the hijackers? Various artifacts were discovered in strategic places to try to confirm the government's story, but these have all been dismissed as suspicious planting of evidence. Since that time several names on that list have turned up alive and well, living in Arab countries. Yet no attempt has ever been made to update the list. And why were none of these names on the airlines' passenger lists?

**alexandratrvn**
hmmm....

**The love of my life!**
oh yea another thing

**alexandratrvn**
they just new too much in advance
**The love of my life!**
remember that plane that was taken over by the passengers and crashed into the ground
**The love of my life!**
before ever making it to its target
**alexandratrvn**
yes
**The love of my life!**
They said their familys were calling them and telling them that their plane was being high jacked
**The love of my life!**
Last time i checked cell phones dont work on air planes.
**alexandratrvn**
they dont! i didnt know that!
**The love of my life!**
So how could their loved ones call them and tell them that
**The love of my life!**
hmmm
**alexandratrvn**
yea hmmmmm
**alexandratrvn**
this is terrible
**The love of my life!**
oh yea and another thing
**The love of my life!**
lol
**alexandratrvn**
lol wat is that baby
**The love of my life!**
Alot of people started pulling their stocks out of them places weeks before the crash
**The love of my life!**
Idk what he said
**The love of my life!**
idk if it was the trade center or what
**alexandratrvn**
im assuming the rich people...
**The love of my life!**
Why did so many people, from San Francisco Mayor Willie Brown to many employees of companies in the World Trade Center who failed to come to work that day, know in advance that something bad was going to happen on Sept. 11, 2001?
**The love of my life!**
Ok thats all i got

**The love of my life!**
im done radin
lol
**The love of my life!**
reading
**alexandratrvn**
(shaking my head)
**alexandratrvn**
idk
**alexandratrvn**
all this makes you think
**alexandratrvn**
baby
**The love of my life!**
yes
**alexandratrvn**
you should become an investigator
**The love of my life!**
Lol
**The love of my life!**
id like 2
**alexandratrvn**
now i want you to work for the fbi
**The love of my life!**
why lol
**alexandratrvn**
cause youll be informed!
**The love of my life!**
not really
**alexandratrvn**
well yea i guess not
**The love of my life!**
Babe were going to a really fancy resturant!!
**The love of my life!**
did you make your list and put it on your door?
**The love of my life!**
along with sams numbers
**The love of my life!**
number
**alexandratrvn**
no :/ ill do it now
**alexandratrvn**

**The love of my life!**
kk
**alexandratrvn**

im excited
**alexandratrvn**
you got me cheesing
**The love of my life!**

**alexandratrvn**
ur going to be tired tomorrow!
**The love of my life!**
im ranked 2821
**The love of my life!**

**alexandratrvn**
 wat r u going for?
**The love of my life!**
idk
**The love of my life!**
alot of ppl dont mine after 99
**The love of my life!**
its so easy to get ur rank up lol
**alexandratrvn**
your just going to keep going...
**alexandratrvn**
i hope the kids go to school tomorrow.. its supposed to snow
**The love of my life!**
13.2m in mining ranked 2.8k Vs. 15.6m xp in wc and ranked 9.5k
**The love of my life!**
ll.
**The love of my life!**
lol
**alexandratrvn**
so more people do wc? lol
**The love of my life!**
Way more
**The love of my life!**
Cuz its alot easier
**The love of my life!**
lol
**The love of my life!**
that was just an example of how awesome mining is
**The love of my life!**

**alexandratrvn**
and i cant even get a quest done >.<
**alexandratrvn**
im never going to be a memeber!
**The love of my life!**

lol
**The love of my life!**
ok babe did your write your list?
**alexandratrvn**
yes
**The love of my life!**
its sweepy time
**The love of my life!**

**alexandratrvn**
 yay
**The love of my life!**
good night babe!
**alexandratrvn**
goodnight baby
**The love of my life!**
love you!
**alexandratrvn**
i love you too!
**The love of my life!**

**The love of my life!**
bye bye
**alexandratrvn**
bye
**Offline**
The love of my life! has signed out.
**alexandratrvn**